# EXHIBIT "A"

DocuSign Envelope ID: 30E62C2C-813D-4AE6-9349-9D3C5C7D1BD9

IT-0001 — Information Security Policy                                                                                      Apex.AI

# Information Security Policy

Document number:    IT-0001
Version:            1.1
State:              Effective
Department:         IT
Owner:              Dmytro Tutynin
Effective date:     28-Oct-2022

Approved by:

| | | | |
|---|---|---|---|
| Name: | Jan Becker | Name: | Dmytro Tutynin |
| Title: | CEO | Title: | Head of IT |
| Date: | 10/28/2022 | Date: | 10/28/2022 |
| Signature: | *Jan Becker* (DocuSigned, 3C798E4F453A4ED...) | Signature: | *Dmytro Tutynin* (DocuSigned, 963C835B44F7479...) |

DocuSign Envelope ID: 30E62C2C-813D-4AE6-8349-8D3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 3 of 18

IT-0001 — Information Security Policy                                    Apex.AI

## Table of Contents

1. OBJECTIVE ............................................................................................................................3
2. SCOPE ...................................................................................................................................3
3. RESPONSIBILITIES ................................................................................................................3
4. POLICY ..................................................................................................................................4
4.1. Documentation and information security management system (ISMS) ................4
4.1.1. Documentation ..................................................................................................4
4.1.2. Information Security Management System (ISMS) audit and review ...............5
4.2. Use of IT systems and services ..................................................................................6
4.3. User access and identity ............................................................................................6
4.4. Data management .....................................................................................................7
4.4.1. IT systems inventory ..........................................................................................7
4.4.2. Physical IT assets inventory ...............................................................................8
4.4.3. Cryptographic requirements .............................................................................8
4.4.3.1. Cryptographic controls and measures implementation .................................9
4.4.3.1.1. Information in transit .......................................................................................9
4.4.3.1.2. Information at rest .........................................................................................10
4.5. Information security incident reporting ................................................................11
4.6. User device management and protection ..............................................................11
4.7. Network security .....................................................................................................12
4.8. Physical security ......................................................................................................13
4.9. Consultants and partner access ..............................................................................14
4.10. Training ...................................................................................................................15
4.11. Non-conformity ......................................................................................................15
5. REFERENCES AND SUPPORTING DOCUMENTS ..............................................................15
6. REVISION HISTORY ............................................................................................................16

**IT-0001 — Information Security Policy**         Apex.AI

---

1. **OBJECTIVE**

Information and systems that process, store, and transmit such information are critically important company assets.

The purpose of this policy is to define how information confidentiality, integrity and availability is ensured, IT environment and information are protected against unauthorized access, alteration, and loss to avoid disrupting business continuity.

2. **SCOPE**

This policy is applicable to processes and procedures related to information security and to all IT services, systems and devices that are a part of Apex.AI IT environment which includes on-prem systems and cloud services.

This policy applies to employees within Apex.AI IT department and to Apex.AI management including all department leads and senior leadership team.

The provisions and principles in this policy serve as a basis for "Acceptable use of IT Systems and Services" policy [REF 1] which is intended to guide employees, consultants, and contractors in their day-to-day work to ensure information confidentiality, integrity, and availability.

3. **RESPONSIBILITIES**

- Apex.AI management is responsible for commissioning Information Security Management System (ISMS) and ensuring it is properly functional and regularly reviewed
- Company's CEO is assigned as Information Security Officer
- Head of IT is responsible for the IT security to ensure that Apex.AI data and IT systems are protected, and that appropriate IT security systems, processes and controls are implemented
- Employees within the IT department are responsible for the systems design, implementation, maintenance, periodic review and required improvements to ensure adequate protection according to the industry best practices
- All Apex.AI employees, consultants and contractors must adhere to the "Acceptable use of IT Systems and Services" policy [REF 1]
- Department leads are responsible for ensuring that members of their departments adhere to the policies and processes established
- Head of IT is responsible for providing security training opportunities and expert resources to help employees understand and meet their IT security obligations

DocuSign Envelope ID: 30E62C2C-813D-4AE6-9349-9D3C5C7D1BD9
Case 5:23-cv-02230-BLF    Document 1-1    Filed 05/08/23    Page 5 of 18

**IT-0001 — Information Security Policy**                                Apex.AI

## 4. POLICY

Apex.AI operates in the automotive field and must ensure that information security processes and procedures, IT systems and services comply with industry regulatory requirements. Overall information security approach is based on ISO 27001 standards with alignment with Trusted Information Security Assessment Exchange (TISAX) standards to ensure compliance when working with the customers and partners that require Apex.AI to be TISAX-certified.

### 4.1. Documentation and information security management system (ISMS)

#### 4.1.1. Documentation

Accurate and up to date documentation and processes are imperative for a successful implementation of information security management system (ISMS) in the company. Apex.AI IT department adheres to the following principles when creating and maintaining IT documentation:

- There must be a registry of all the documents that include processes and procedures that guide company's approach to information security. Document registry is hosted in the form of a spreadsheet "Information Security Policies and Documentation Registry" [REF 2]. Documents are manually version-controlled PDF files stored at "Policies and Documentation" [REF 3] folder under "Apex.Internal -> IT" Google Shared Drive
- Documents are divided by type: policies, configurations, design specifications, work instructions, network registries, network diagrams, process diagrams, etc.
- Documents are version controlled: each document has a version and revision history outlining the changes compared to the previous version within the document and in the document registry
- Documents are divided by intended target audience. For example: IT department, department leads, specific functions/roles in the IT or company-wide for employee-visible policies
- Target audience must be informed about the document, trained, acknowledge such training. The acknowledgement status is tracked per person. Training can be either self-paced (i.e., document read and understood) or performed as a training session. Target audience must be informed about any changes in the documents and perform re-training which is also recorded
- Requirements to create a documentation for a system or process is determined during the system implementation and depends on complexity of the system,

DocuSign Envelope ID: 30E62C2C-813D-4AE6-9349-9D3CEC7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 6 of 18

**IT-0001 — Information Security Policy**

- activities performed and need for a training of personnel involved in operating and maintaining such system
- Documents are updated and reviewed when significant change in the process or the system occurs. If no such changes occurred, documents must be reviewed annually as a part of the ISMS audit
- Company-wide polices that target all employees must be approved by the CEO and Head of IT
- Policies targeting IT department employees, department leads and IT documents, work instructions and configuration documents must be approved by the Head of IT

### 4.1.2. Information Security Management System (ISMS) audit and review

To ensure that ISMS is stable, up to date and effective in preserving information confidentiality, integrity, and availability, it is important to establish regular audits, checks, and management reviews:

Regular IT checks – regular tasks aimed at verifying user access and support statistics which includes review of:
- User accounts
- IT support statistics
- Information security incidents

ISMS audit – review of ISMS components and performance:
- Documentation
- IT systems and services
- Physical IT assets
- Trainings and policy acknowledgment records
- Regular IT checks results review

External ISMS audit - review of ISMS components and performance by an independent party.

ISMS management review – annual high-level management review based on the findings from previous internal and external audits and regular checks to ensure continuing stability and effectiveness of the ISMS as well to perform gap analysis and determine action items and KPIs.

Specific processes for regular checks, audits and reviews described in as defined in "IT Periodic Reviews and Checks" [REF 6].

DocuSign Envelope ID: 30E62C2C-813D-4AE6-8349-8D3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 7 of 18

IT-0001 — Information Security Policy                                        Apex.AI

### 4.2. Use of IT systems and services

Apex.AI employees, consultants, and contractors must review, acknowledge, and adhere to principles defined in "Acceptable use of IT Systems and Services" policy [REF 1]. IT department must inform Apex.AI employees and contractors about the existence of such policy, distribute the link to the policy and keep a record of users that reviewed and acknowledged it. The policy is to be distributed via DocuSign and records exported to "Documents Acknowledge Records" [REF 4] on the Google Drive.

### 4.3. User access and identity

Access to all systems and services must be strictly controlled and enforced. The following rules define the approach to user authentication when IT is setting up and configuring the systems and devices:
- Users must authenticate with their unique username and password when accessing Apex.AI systems, services, and devices
- Usage of shared accounts is prohibited for accessing Apex.AI systems, devices, and services. Exceptions are access to the lab/test devices during the development process on the target device in the lab or when the device does not support per-user authentication. Under these circumstances, proper physical security measures must be in place and network access rules implemented to allow only authorized Apex.AI employees to access such devices
- Two-factor authentication must be enabled by default for the systems that support it
- Single Sign-On authentication must be configured and integrated with Apex.AI JumpCloud Directory Service or Apex.AI Google Workspace Directory as defined in "User Access and Device Management" [REF 5]
- Service accounts, that are not used by a person for day-to-day logins but used for an automated process are exempt from Single Sign-On and two-factor requirements, but must have strong and complex passwords
- Privileged (admin) accounts must be separated from the user account of the administrator in systems or services that are used by such administrator for non-admin related tasks (e.g., admin and user accounts in Google Workspace)
- Strong password rules must be enforced as described in [REF 5]
- Password management service must be used for the login information and passwords for the accounts with third-party service providers where Single Sign-On is not supported, or not feasible to implement [REF 5]

DocuSign Envelope ID: 30E62C2C-813D-4AE6-9349-8D3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 8 of 18

IT-0001 — Information Security Policy                                    Apex.AI

- User accounts to be reviewed periodically according to the process documented in "IT Periodic Reviews and Checks" [REF 6], which must also ensure conformity with the authorization concept

### 4.4. Data management

One of the vital components of protecting Apex.AI data, is to have an up-to-date inventory of all the IT systems and services and data that such systems and services store, process and transmit.
In addition, clear correlation with protection methods and policies (technical and organizational measures) based on data sensitivity must exist. For example, if the data in the system is critical for the business of the company, there must be a defined rules and policies that describes the measures to protect such system.

#### 4.4.1. IT systems inventory

IT systems and services, data types, risks and protection mechanisms for such systems are tracked in the spreadsheet registry "IT Systems Registry and Risk Assessment" [REF 7].
Systems and services where Apex.AI data is stored, processed, and transmitted can be classified into categories by hosting location and system management responsibilities:

- <u>Apex.AI managed</u> cloud-based SaaS/IaaS system and services
- <u>Third-party managed</u> cloud-based SaaS systems and services or websites
- On-prem systems and services
- Physical devices of the employees

To ensure that IT systems and services inventory is accurate, to perform risks re-evaluation and identify IT systems and services that require different mechanisms of protection, IT department need to perform verification at the intervals defined in "IT Periodic Reviews and Checks" [REF 6] as a part of the ISMS audit.
Further details on classifying IT systems and services at Apex.AI as well as the process for deploying of the new IT systems and services must be performed according to "IT Systems Implementation" [REF 11].

DocuSign Envelope ID: 30E62C2C-813D-4AE6-8349-8D3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 9 of 18

**IT-0001 — Information Security Policy**

Apex.AI

### 4.4.2. Physical IT assets inventory

In addition to tracking IT systems and services, it is important to have an up-to-date inventory of physical IT assets that store, process and transmit the data and are integrated with the IT systems listed as per previous section.

Such inventory is tracked in the asset inventory that is a part of Freshservice ITSM system [REF 10] and includes user equipment (laptops, desktops, monitors), network equipment, conference room equipment etc. Small items of low monetary value (cables, peripherals) are not tracked.

Inventory must be updated every time when a new IT asset is purchased, assigned, re-assigned or decommissioned.

To keep the list of physical IT assets up to date to and to ensure that inventory is accurate, IT department need to perform list verification at the intervals defined in "IT Periodic Reviews and Checks" [REF 6].

### 4.4.3. Cryptographic requirements

Cryptographic controls are one of the critical components in protecting confidentiality and integrity of the information. Implementation of cryptographic requirements and procedures at Apex.AI is aimed to achieve the following goals:

- Confidentiality of information – protecting information from an unauthorized access and exposure including in the scenario of physical media loss (protecting data at rest) and traffic intercept (protecting data in transit)
- Integrity of information – protecting information from being altered by a malicious actor in the scenario of a breach and access to the data store (protecting data at rest) and alteration of intercepted traffic (protecting data in transit, man in the middle attacks, etc.)
- Protection of key material – access to the critical key material, private keys, passwords must only be allowed for authorized personnel by means of access and accounts control, permissions to key location, etc.
- Keys rotation – keypairs to publicly hosted resources should be rotated periodically and revoked in case of a personnel, who had access to the keypair, is leaving the company
- Manageability – ensuring that proper balance between protection and the amount of resources spent is achieved. For example, considerations like managing own certificate authorities versus using public certificate authorities, using own KMS key versus KMS key managed by the cloud provider. Such evaluation must be aimed at

DocuSign Envelope ID: 30E62C2C-813D-4AE6-8349-8B3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 10 of 18

**IT-0001 — Information Security Policy**                                      Apex.AI

- providing highest protection possible, at the same time considering risk of mismanagement due to the over-complexity of the system
- Legal compliance – legal review of cryptographic measures should be performed when doing business in the jurisdictions that can impose limitations on cryptographic methods allowed

#### 4.4.3.1. Cryptographic controls and measures implementation

##### 4.4.3.1.1. Information in transit

Cryptographic measures applied to Apex.AI information in transit to protect confidentiality and integrity:

- Web browsing and access – protecting traffic in transit when users browse company-hosted, third-party hosted and public Internet resources:
    - Apex.AI hosted and third-party hosted services when Apex.AI manages SSL/TLS certificates – public web access to such resources must allowed via https, at least TLS 1.2 protocol. For such systems, Apex.AI must ensure proper configuration of the protocols and certificates
    - Third-party SaaS/IaaS hosted services – while Apex.AI might not be able control cryptographic procedures for such systems, those must be evaluated during the IT systems and services implementation process to ensure that access is allowed via https, at least TLS 1.2 protocol
    - Other public Internet resources – while Apex.AI does not have any control of protocols in use, nor can validate all public websites which users can access, users are informed about risks of unencrypted web sessions in "Acceptable use of IT Systems and Services" policy [REF 1] (e.g., not accessing websites hosted on the public Internet via http)
    - Publicly facing resources must have valid SSL certificate issued by a trusted certificate authority
- Terminal/CLI access – access to hosts or services via terminal/CLI session (excluding serial console):
    - Apex.AI hosted and third-party hosted, when Apex.AI manages host settings – connection should only be established via SSH protocol with at least 2048-bit RSA or Ed25519 keys, e.g., no "clear text", (Telnet) communication
    - Apex.AI hosted and third-party hosted, when Apex.AI does not manage host settings – those must be evaluated during the IT systems and services implementation process to ensure connection should only be established via SSH

DocuSign Envelope ID: 30F62C2C-813D-4AE6-8349-8B3CFC7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 11 of 18

IT-0001 — Information Security Policy                                    Apex.AI

- protocol with at least 2048-bit RSA or Ed25519 keys, e.g., no "clear text", (Telnet) communication
- VPN point-to-site – to allow users to connect to devices hosted on-prem via encrypted VPN connection using at least TLS 1.2 protocol
- VPN site-to-site – to allow secure connectivity between company offices, must be configured to use at least AES128-SHA256 for phase 1 proposal and phase 2 selectors
- E-mail communications – email traffic sent and received by users in @apex.ai domain via Google Mail servers, by default Opportunistic TLS (STARTTLS) is enabled with possibility to enforce TLS with certain domains
- NFS and FTP – can be used only in the internal lab network and by default do not have encryption enabled, hence, network segmentation and access control are used as a protection method
- Other network protocols – supporting network services that do not require encryption and do not transmit sensitive information (DHCP, DNS, ICMP etc.)

### 4.4.3.1.2. Information at rest

Cryptographic measures for information at rest to protect confidentiality and integrity:
- Disk encryption, end user laptops – full disk encryption is required with one of the following methods:
    - PC with Linux – LUKS disk encryption or SED (self-encrypting drive)
    - PC with Windows – BitLocker encryption (at least default settings AES-128 with 128-bit key length)
    - Macbook – FileVault encryption (default settings, e.g. XTS-AES-128 with 256-bit key length)
- Disk encryption, end user desktops – disk encryption is not mandatory if desktop is stationary in physical access-controlled environment (lab)
- Disk encryption, servers, VMs, SaaS:
    - On-prem - disk encryption is not mandatory if server is stationary in physical access-controlled environment (a lab or server room)
    - IaaS – Apex.AI managed infrastructure, where control over the disks is available, encryption of the volumes should be implemented
    - SaaS – Apex.AI managed and third-party managed SaaS, must be evaluated during the IT systems and services implementation process to verify cryptographic measures that implemented by a third-party
- Device encryption, mobile devices – corporate and BYOD devices (refer to section 4.4.1 "Acceptable use of IT Systems and Services" policy [REF 1]):

DocuSign Envelope ID: 30E62C2C-813D-4AE6-8349-8B3CF5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 12 of 18

IT-0001 — Information Security Policy                                    Apex.AI

- o  iOS devices – using default device encryption, passcode on the device must be configured
- o  Android devices - using default device encryption, passcode on the device must be configured

### 4.5. Information security incident reporting

Information security incident is an event that is a suspected or confirmed violation of Apex.AI "Information Security" or "Acceptable use of IT Systems and Services" [REF 1] policies or system compromise that led to a data exposure. Examples of such events could be unauthorized access to Apex.AI systems, lost or stolen company asset or device (laptop, mobile phone, tablet, any other media containing company data, etc.), system compromises (external or internal), malware/virus infection of the device, phishing attack.

In case such an incident involves personal data processed from employees or clients, who are based in Europe, local country authorities must be informed within 72 hours from the time the incident has been registered and asserted. In addition, if any customer contract requires disclosure of the information security incidents to the customer, such incident must be reported in a timeframe according to the contract.

Apex.AI employees, consultants and contractors must inform IT department immediately if such event occurs. Methods for contacting IT are described in "Acceptable use of IT Systems and Services" policy [REF 1] and acknowledged by all Apex.AI employees, consultants, and contractors.

Apex.AI IT department must log an information security incident in Freshservice ticketing system from a predefined Freshservice template.

### 4.6. User device management and protection

Apex.AI user devices are considered to be company's largest exposure to the security threats due to a mobile nature of most type of the devices, potentially sensitive data on the devices and a human factor that make the devices prone to social-engineering attacks. This makes protecting and managing such devices a very important aspect of successful IT security framework implementation.

To ensure that user devices have sufficient protection, IT department must adhere the following principles when managing the devices:
- Maintain software updates and OS patching up to date
- Encrypt the disk drives
- Deploy malware, antivirus and intrusion prevention solution
- Have control of device lifecycle, from deployment to decommission

DocuSign Envelope ID: 30E62C2C-813D-4AE6-8349-8B3CFC7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 13 of 18

**IT-0001 — Information Security Policy**

Apex.AI

The implementation of the above principles must be controlled and automated which requires to have a device management solution integrated with an identity management platform and malware protection solution.

### 4.6.1. Device management and policy enforcement

Apex.AI is using JumpCloud directory and device management service for mobile device management and identity management (MDM and IAM) that allows to enforce security policies, updates on the devices as well as to provide live system inventory reporting to identify any potential issues, and visibility of key device health parameters to the IT department.
JumpCloud directory also serves as a core user identify service which is integrated with MDM portion of the system and various SaaS and on-prem hosted services.
Implementation, configuration and management of JumpCloud is covered in "User Access and Device Management" [REF 5].

### 4.6.2. Malware protection

To ensure proper malware, antivirus and intrusion prevention on the endpoints, Apex.AI is using CrowdStrike a cybersecurity solution which provides real-time intrusion detection and prevention services on the endpoints and is centrally managed. Implementation, configuration and management of such solution is covered in "Malware and Virus Protection Configuration and Maintenance" [REF 8].

### 4.7. Network security

Apex.AI maintains local area networks (LAN) in company's physical locations to interconnect the devices, provide access to the public Internet and to allow remote users reach the resources hosted internally. Apex.AI IT department must adhere to the following principles when designing and configuring networks, selecting, and deploying network hardware:
- Each office or lab must have company-controlled firewall installed and configured with access lists blocking inbound network access to the internal resources except for the inbound VPN connection with exceptions when required for system functionality
- Access to the resources must be enforced by creating different internal subnets and access lists for various types of hosts
- VPN endpoint on the firewall must allow connections only to users authenticated and authorized to establish such connection

DocuSign Envelope ID: 30F62C2C-813D-4AE6-8349-8D3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 14 of 18

IT-0001 — Information Security Policy                                   Apex.AI

- Wireless network connections in the offices and labs must be password-protected and have a separate guest network for visitors and personal employees' mobile devices
- Vendor and model selection of the network equipment should be standardized across the locations and must be chosen to allow reasonable network throughput with scalability in mind

In addition to physical locations, Apex.AI maintains virtual networks within cloud deployments hosted by IaaS provides (e.g., AWS) where principles for security and access applies same as for the physical networks, but with additional considerations for the network management of such cloud resources:
- Some of the resources hosted in AWS are publicly facing by design (e.g., GitLab) to allow access over public Internet. In such cases only required ports for Internet access must be open on those resources (for example https and SSH only)
- Management access to the certain AWS hosted resources allows management ports open, however precaution in a form of whitelisting public IP addresses, from which management access is allowed, and using private/public keypairs for authenticating to those resources

Further details on implementation, configuration, and management of networks at Apex.AI are covered in "Network Configuration and Maintenance" [REF 9].

### 4.8. Physical security

Apex.AI physical facilities must be protected against unauthorized access. Maintaining systems and controls over physical access is managed by a designated person responsible for facilities and involve IT department, if assistance with access control systems is required. In co-working office settings, where facilities are managed by the management company, those functions are part of lease agreements and all questions related to Apex.AI spaces shall be directed to the management company. Regardless of whether office access is managed by Apex.AI or external company, the following principles must be followed:
- Access badges, cards or keys must be assigned only to authorized personnel
- Access badges, cards or keys must be revoked upon employment or consultant agreement termination
- In facilities with physical key and no electronic control access systems, such key can be stored in the external lockbox protected by a code combination
- In facilities equipped with an alarm system, each employee, that is assigned to work from that facility, needs to have an individual alarm system code

DocuSign Envelope ID: 30F62C2C-813D-4AE6-8349-8B3CFC7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 15 of 18

IT-0001 — Information Security Policy                               Apex.AI

The spaces and areas within Apex.AI physical facilities can be distinguished by the level of access required:
- Blue areas – publicly accessible areas outside the of controlled external perimeter such as outside parking lots, streets, corridors and walkways shared by other tenants (if in multi-tenant office). Apex.AI employees have no control over who and when can be present in these areas
- Green areas – areas inside the premises accessible by all employees and where guests and visitors can be left unattended, such as conference rooms prepared for visitors, kitchens, or common areas. No confidential information should be visible or accessible in these areas
- Yellow areas – areas inside the premises accessible by authorized employees and where guests and visitors must be escorted and cannot be left unattended, such as office areas and labs
- Red areas – restricted areas inside the premises where only limited number of authorized employees have access to, such as server or telco room or any other area where access must be restricted if required for a certain project or work

Apex.AI employees, consultants and contractors must review specifics of each physical location and acknowledge physical access policy as described in "Acceptable use of IT Systems and Services" policy [REF 1].

### 4.9. Consultants and partner access

Apex.AI will often require collaborating with third parties which may include partner organizations, clients, consultants, or contractors. It might be required to provide such third parties access to Apex.AI managed IT systems and data and share sensitive information with them.
Apex.AI IT must adhere to the following rules when managing such access:
- For long engagements, and when feasible, provide consultants and contractors with Apex.AI managed device and ensure that work performed for Apex.AI and its clients is performed on such device
- IT department needs to work with team and department leads responsible for relationship with a third-party to identify exact scope of IT systems, services and data access required
- Team leads and department heads must ensure that information about third-party access requirements is provided to IT department upon request

DocuSign Envelope ID: 30F62C2C-813D-4AE6-8349-8B3C5C7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 16 of 18

IT-0001 — Information Security Policy                                    Apex.AI

- Accounts assigned to consultants and contractors must be clearly distinguished from employee's account with a display name and username spelling as defined in "User Access and Device Management" [REF 5]
- Third-party accounts must be reviewed at the intervals defined in "IT Periodic Reviews and Checks" [REF 6]

### 4.10. Training

Apex.AI will provide IT and information security training opportunities and expert resources to help employees and contractors understand their obligations relating to information security and avoid creating undue risks.  Employees must complete information security training within a reasonable time after initial hire.  All workforce members must complete IT and information security training on at least an annual basis. Department leads must ensure that their employees complete all required training.
Apex.AI will retain attendance records and copies of training materials delivered.

### 4.11. Non-conformity

In case if any non-conformities of processes, systems or practices with this policy are identified, such finding must be immediately reported to the Head of IT and company's CEO for evaluation and remediation.

## 5. REFERENCES AND SUPPORTING DOCUMENTS

| REF # | Document ID | Document |
|---|---|---|
| 1 | IT-0002 | Acceptable use of IT Systems and Services |
| 2 | n/a | Information Security Policies and Documentation Registry: https://docs.google.com/spreadsheets/d/1j6hWNPfB68R_wh3hHodvk87EQiymS7QZhPh8LRj6RX0/edit#gid=0 |
| 3 | n/a | Document locations "Apex.Internal -> IT -> Policies and Documentation": https://drive.google.com/drive/folders/1wE0ZZvEDUfB91H6OgT7ti0anA1odlvDg |
| 4 | n/a | DocuSign acknowledge records: "Apex.Internal -> IT -> Policies and Documentation -> Documents Acknowledge Records": https://drive.google.com/drive/folders/1aTL1E4L8x4Se3A0D_IDIIQoxkrNcYWdX |

DocuSign Envelope ID: 30F62C2C-813D-4AE6-8349-8B3CFC7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 17 of 18

IT-0001 — Information Security Policy                                        Apex.AI

| 5  | IT-0003 | User Access and Device Management |
| 6  | IT-0004 | IT Periodic Reviews and Checks |
| 7  | n/a | IT Systems Registry and Risk Assessment: https://docs.google.com/spreadsheets/d/1wcVYt0K1fW5roOzZNUt3QtB-OnrmJTz5NFd5nIr7_Yk/edit#gid=768321241 |
| 8  | IT-0009 | Malware and Virus Protection Configuration and Maintenance |
| 9  | IT-0007 | Network Configuration and Maintenance |
| 10 | n/a | https://freshservice.apex.ai/cmdb/items |
| 11 | IT-0006 | IT Systems Implementation |

## 6. REVISION HISTORY

| Version | Change reason | Change description |
| --- | --- | --- |
| 1.0 | Initial version | Initial version |
| 1.1 | Various updates | Policy is renamed from "IT Security Policy" to "Information Security Policy". Section 1 – changes to clarify goals of the policy. Section 2 – changes to broaden policy scope from IT specific to information security in general. Section 3 – changes to clarify management's role in the ISMS. Section 4 – changes to broaden policy statements from IT specific to information security in general. Section 4.1 – section renamed and changed to broaden policy scope from IT specific to information security in general. Section split to cover guidelines for documentation and added ISMS review process. Section 4.1.1 – added a new section to move provisions in the original section 4.1 Section 4.1.2 – added a new section to describe ISMS reviews and audits. Section 4.4.2 – changed inventory tracking from the spreadsheet to Freshservice ITSM. |

DocuSign Envelope ID: 30F62C2C-813D-4AE6-8349-8B3CFC7D1BD9
Case 5:23-cv-02230-BLF   Document 1-1   Filed 05/08/23   Page 18 of 18

**IT-0001 — Information Security Policy**

Apex.AI

|  |  | Section 4.4.3 – added a new section to formalize and expand cryptographic controls and define measures in place. |
|  |  | Section 4.5 – renamed section to "Information security incident reporting", added information about reporting to the customers and process to follow by IT department, added information for Freshservice template. |
|  |  | Section 4.8 – added classification of physical facilities areas into types by access level allowed. |
|  |  | Reference 2 – renamed from "IT Security Policies and Documentation Registry" to "Information Security Policies and Documentation Registry". |
|  |  | Various spelling and grammar corrections throughout the document. |

I acknowledge that I have read and understood the above policies and procedures.

Signature:        _____

Name:             _____

Date:             _____