# EXHIBIT "B"

DocuSign Envelope ID: 1F78522E-782D-42B7-B28C-E6C97198F4C7

IT-0002 — Acceptable Use of IT Systems and Services             Apex.AI

# Acceptable Use of IT Systems and Services

Document number:   IT-0002
Version:            1.1
State:              Effective
Department:         IT
Owner:              Dmytro Tutynin
Effective date:     28-Oct-2022

Approved by:

| Name: | Jan Becker | Name: | Dmytro Tutynin |
| Title: | CEO | Title: | Head of IT |
| Date: | 10/27/2022 | Date: | 10/27/2022 |
| Signature: | *Jan Becker* (DocuSigned) | Signature: | *Dmytro Tutynin* (DocuSigned) |

IT-0002 — Acceptable Use of IT Systems and Services        Apex.AI

## Table of Contents

1.   OBJECTIVE ................................................................................................................3
2.   SCOPE .......................................................................................................................3
3.   RESPONSIBILITIES ....................................................................................................3
4.   POLICY ......................................................................................................................3
 4.1.  General conditions ................................................................................................3
 4.2.  User access and credentials .................................................................................4
 4.3.  Acceptable use of software ...................................................................................4
 4.4.  Acceptable use of hardware ..................................................................................5
  4.4.1.     Mobile phone use .........................................................................................5
 4.5.  Removable devices ...............................................................................................6
 4.6.  Remote work / telework and travel .......................................................................6
 4.7.  Confidentiality of data ...........................................................................................7
 4.8.  Prohibited activities ...............................................................................................8
 4.9.  Email and Internet use ..........................................................................................8
 4.10.    Email/phone phishing, malware attacks and scams ........................................9
 4.11.    Facilities physical security and access ...........................................................10
 4.12.    Contacting IT support .......................................................................................11
 4.13.    Enforcement .....................................................................................................12
 4.14.    Amendment ......................................................................................................12
5.   Privacy ....................................................................................................................12
6.   References ..............................................................................................................12
7.   Revision history .....................................................................................................13

**IT-0002 — Acceptable Use of IT Systems and Services**                           Apex.AI

1.  **OBJECTIVE**

The purpose of this policy is to outline acceptable use of IT systems and services, devices, software, and network resources provided and managed by Apex.AI.

2.  **SCOPE**

This policy applies to all employees (employee, intern, trainee, temporary worker, hereafter designated as 'employee(s)'), consultants and contractors that are authorized to use IT systems and services provided and managed by Apex.AI.

3.  **RESPONSIBILITIES**

All Apex.AI employees, consultants and contractors are responsible for following this policy.

4.  **POLICY**

   **4.1. General conditions**

Apex.AI is considered as the owner of all information, data and communications created with, stored on, and transmitted through its IT systems, services, and devices, unless Apex.AI is acting as data processor on the basis of a Data Processing Agreement (DPA).

Apex.AI reserves the right to audit and monitor usage of any IT system, service and device managed and owned by the company including but not limited to networks, programs, applications, data, and communications. Monitoring or auditing in this sense will only be conducted with regard to (i) troubleshooting of IT problems or issues and/or (ii) IT security incident investigation, including (iii) the violation of the rules laid out herein or breach of contract upon a concrete suspicion. During a monitoring or auditing acc. to (i) and (ii) Apex.AI may have access to individual browsing history and application logs. Any such data will be deleted immediately after monitoring/auditing has ended. The personal data potentially disclosed within a measure acc. to (iii) is determined by the violation and/or behavior that constitutes the alleged breach of contract.

All the IT systems, services and devices that are managed and owned by Apex.AI are indented for purpose of conducting business. While infrequent personal use is permitted, it must be kept to a minimum and must not interfere with primary purpose of conducting business. Personal use is permitted only by accessing Internet via the preinstalled web browser.

### 4.2. User access and credentials

Apex.AI employees, consultants and contractors must adhere to the following rules while accessing IT systems and services managed and/or owned by Apex.AI:

- Users must authenticate with their unique username and password
- Individual user's credentials and two-factor authentication methods must not be shared with other people
- Usage of shared accounts is prohibited. Exceptions are access to the lab/test devices during the development process on the target devices in the lab or when device does not support per-user authentication
- Two-factor authentication must be enabled by the user if such functionality is available
- Most Apex.AI IT systems and services have Single Sign-On (SSO) enabled via either JumpCloud directory or Google Workspace accounts. Those systems are enforcing password complexity policies and will not allow to use simple or passwords that can be easily guessed. In the systems that do not enforce password requirements, users must ensure that strong passwords are used following the guidelines: at least 8 characters, at least one lower case and uppercase letter, a number, and a special character
- For IT systems and services that do not support Single Sign-On, reusing of the same password in is highly discouraged, for such systems and services users must use password management service (1Password) provided by Apex.AI to generate unique and complex passwords
- User credentials must never be written down, stored in plain text files, or stored on physical media (paper, sticky notes, desk etc.)

### 4.3. Acceptable use of software

Apex.AI employees, consultants and contractors must adhere to the following rules when utilizing computer software on company-managed devices:

- Software on Apex.AI devices shall be used for the work-related activities only (with the exception of infrequent personal use via web browser)
- Users should contact Apex.AI IT support in case of any issues with the installed software
- Installing unlicensed, pirated or personally licensed software is prohibited
- Any changes to the operating system security configuration, disabling security features like system firewall, disk encryption, antivirus software, disabling or

DocuSign Envelope ID: 1F78522E-782D-42B7-B28C-E6C97198F4C7

- uninstalling updates, removing password protection are prohibited without prior approval from the IT department
- Utilizing file-sharing clients, torrents, or cloud backup software that is not approved by the IT department is prohibited
- All suspected or confirmed IT security incidents must be reported to the IT department immediately (as described in section 4.12 of this document)

### 4.4. Acceptable use of hardware

Apex.AI employees, consultants and contractors who are using company issued computers (or consultants and contractors who use their own BYOD computers) must ensure that risk of the device theft and exposure of company data is minimized by adhering to the following rules:

- Never leave your computer unattended in a public place
- Always lock the screen of your computer when leaving the room or your desk
- Ensure that the information on the screen cannot be viewed by other people in a public place, request and use the screen privacy filter if you work from such places frequently

#### 4.4.1. Mobile phone use

Apex.AI employees and full-time consultants are allowed to access company's email, chat and conference/video calls solutions from a mobile phone which can be either company-issued or personal (BYOD):

- Company-issued mobile phones – such devices are purchased and owned by Apex.AI and can be managed through the MDM (mobile device management) solution similar to company computers. Use of personal applications on the company-issued phone is allowed if such use does not violate any provisions of this policy
- Personal (BYOD) mobile phones - such devices are purchased and owned by employees for personal use. Access to company's email, chat and conference/video calls solutions are allowed through the dedicated applications if these applications are not used to violate any provisions in this policy. In addition, if company resources are accessed from the BYOD mobile device, user is required to enable a screen-lock passcode and ensure that operating system and applications on the device, that is used to access company resources, are up to date. When Apex.AI accounts are added to the BYOD device, Apex.AI IT department has an ability to see basic inventory information of the mobile phone such as model, operating system version, passcode status (if passcode is enabled), and last timestamp when device accessed company

resources. Apex.AI reserves the right to implement conditional access policies that can block access of the personal BYOD mobile phone to the company resources and implement MDM enrollment for BYOD. Such enrollment can be performed only with the user's consent and user can choose to opt-out and remove company email, chat, conference/video solutions if they do not wish their BYOD device to be enrolled in the MDM. In case of employment or contract termination, all company data and accounts must be deleted from the BYOD mobile device. Apex.AI IT department has an ability to trigger remote wipe of company's account and data associated with the account.

Expense reimbursement for the mobile plan for eligible employees is performed according to Apex.AI Phone Request and Expense policy.

### 4.5. Removable devices

By default, most of the removable media devices are not encrypted, which puts information transferred on them at risk in case if such device is lost. To protect Apex.AI information, transfer of confidential company data on the removable media or USB drives is not allowed, with the exception of transfer in Apex.AI and customers' lab environment where data security is ensured by physical measures.

Never connect a USB drive from an unknown source to your computer, as such drive might contain malware and/or viruses.

### 4.6. Remote work / telework and travel

Working from a remote location, work from home or location other than the company's offices might be allowed for Apex.AI employee, consultant, or contractor according to the employment contract or other agreement with the company. Remote work is associated with increased IT security risks and to minimize such risks the following rules must be followed:
- All policies and rules outlined in this document are also applicable when working remotely including software and hardware acceptable use, prohibited activities, email and Internet use, etc.
- It is prohibited to use personal or home computer (except when consultant or contractor is performing work on their device as previously agreed upon with the company)
- Apex.AI employee, consultant or contractor is responsible for maintaining a secure and reliable Internet connection at their remote location

DocuSign Envelope ID: 1F78522E-782D-42B7-B28C-E6C97198F4C7
Case 5:23-cv-02230-BLF   Document 1-2   Filed 05/08/23   Page 8 of 15

IT-0002 — Acceptable Use of IT Systems and Services                    Apex.AI

- In order to access network hosts and resources in the company offices and labs, users must use Virtual Private Network (VPN) connection to each office
- While Apex.AI IT department will do their best to support remote users and will provide support for any company issued device and software, IT department is not responsible for maintaining, servicing, or updating a user's home network equipment
- Remote work in public places, hotels, airports, etc., poses increased IT security risk due to connecting to open and/or shared wireless networks. Never transmit any data in a clear text (i.e., uploading any data over http:// as opposed to http**s**:// or to FTP services). Never enable folders or disk sharing on your computer when connected to such networks and do not disable firewall services or open any inbound ports
- Always be aware of your surroundings, avoid exposing your computer screen where other people can see it, request and use a screen privacy filter if you work from such places frequently
- Ensure that no confidential information if discussed during audio/video conference calls when such information can be overheard in a public place
- Never leave your device unattended in a public place
- Prior to work-related travel to any country that is listed as a sectioned destination by U.S. Department of Commerce – Bureau of Industry and Security [REF 1], inform your manager and consult with Apex.AI legal department

### 4.7. Confidentiality of data

- All critical data and information must be stored within Apex.AI cloud storage (e.g., Google Drive) or in GitLab
- Data from the company cloud storage can be synchronized locally with the appropriate client application. No critical data should be stored outside of the folders synchronized with company cloud storage. Synchronizing company cloud storage folders locally is allowed only on Apex.AI issued and managed devices. Contractors and consultants with their BYOD devices are not allowed to perform such synchronization
- Backup of the disk drives of the Apex.AI computers is not performed, in case of disk failure or laptop theft the only recovery option is the cloud storage
- Never disable disk encryption on the drive to avoid data exposure in case of laptop theft or loss
- Do not use any third-party file sharing services for sharing any Apex.AI data. When such sharing is requested by a partner company, always verify with IT and legal department if it is safe to do so. For example: if partner organization with an active contract and NDA signed creates a shared space in their Teams for collaboration and

- they cannot use Apex.AI Google Drive, such upload might be allowed for the data that is directly related to the work performed with the partner. However, if a sole proprietor contractor request to upload files to their personal Google Drive, DropBox, etc., such sharing is not allowed
- Do not take photographs of the work and lab areas on the company's premises where confidential information can be potentially exposed
- Do not leave any confidential information on physical media (paper printouts, copies, etc.) on your desk

### 4.8. Prohibited activities

The following activities are prohibited when using Apex.AI IT systems, services, devices, and internal networks and while using public Internet:
- Engaging in any activity that is illegal under local, state, or international laws
- Creating, storing, transmitting, accessing any illegal, offensive, or disruptive materials and communications which include, but not limited to information, data and materials containing sexual content, racial slurs, defamatory statements, or any other messaging that is harassing or offensive on the basis of gender, age, sexual orientation, religious or political beliefs, disability, national origin, ethnicity or any other category protected by anti-discrimination and harassment laws
- Retrieval and distribution of content that violates personal rights, copyright, trade secrets, patents or other intellectual property rights or similar laws
- Performing any activities associated with hacking or other illegal computer activities including but not limited to distributing and installing malware, performing denial of services attacks, distributing phishing or scam communications, performing any unauthorized system access and remote control, unauthorized scanning or intercepting and spoofing of network traffic, mining cryptocurrencies, running automated or manually executed software to perform such activities
- Using Apex.AI IT systems, services, devices, and networks for conducting business or any other side activities not related to company's business and outside employment or consulting agreements scope with Apex.AI
- Playing video and online games on company issued devices, participating in online gambling

### 4.9. Email and Internet use

Apex.AI employees, consultants and contractors must adhere to the following rules while using Internet and email services:

DocuSign Envelope ID: 1F78522E-782D-42B7-B28G-56C97198F4C7
Case 5:23-cv-02230-BLF   Document 1-2   Filed 05/08/23   Page 10 of 15

IT-0002 — Acceptable Use of IT Systems and Services        Apex.AI

- Each user of the company email service is assigned with an individual work email account and address, and if necessary, access to group emails lists to perform certain tasks. For example, sending out public communications is allowed if approved to do so by the company's management
- Using employee's personal email address for any matter related to company's business is not permitted
- Forwarding of official emails to own personal employee's email addresses is prohibited
- Use of public Internet services from company managed and/or owned devices is allowed via company office networks, home networks and public network connections for the purpose of conducting business and permits only incidental personal use. While using public Internet connection, extra precautions must be taken as described in section 4.6 "Remote work / telework and travel" of this document
- The email and Internet services must not be used for any prohibited activities as described in section 4.8 "Prohibited activities" of this document
- In case of absence or departure of the user, Apex.AI reserves the right to set up an email forwarding and automatic email response from user's company email address

### 4.10. Email/phone phishing, malware attacks and scams

Apex.AI employees, consultants and contractors must always be aware about the possibility of being targeted by phishing and scam attacks via work or personal email addresses and phone numbers.
Such attacks are on the rise and perpetrators are often using open public information to craft the attacks using person's name, company name, high level executive names etc., to make phishing and scam attempts to look legitimate.

The most common purposes of phishing, scam and malware attacks are:
- Persuade a victim to wire money, purchase gift cards, prepaid debit cards, etc.
- Steal user's credentials to gain unauthorized access to the company systems or employee's personal account
- Receive control over the user's device
- Steal proprietary information, trade secrets, intellectual property

Signs that help to recognize scam and phishing attack:
- Email or text message received from the unknown or spoofed email address or phone number which might have company's executive name in the email but random email address and the unknown domain

- Emails or text messages are often impersonating high level executive
- Communication is often brief and phrased to seem time sensitive asking victim not to call and to respond only via email
- Communication sometimes might be sent in an unusual time of the day or night, very early/late, over the weekend or during holidays
- Communication is usually asking for a "quick help" or a "favor" which then leads to asking to provide monetary funds in various methods

Signs that help to recognize a malware attack:
- Email or text message impersonating a service that might be used by the company, file sharing service, postal delivery services, raffle and lottery winning
- Emails or text messages can have attachments masked as "overdue invoice", "fax message", "voicemail" which in fact are malware executables
- Such emails are usually unexpected and have poor formatting and might have spelling errors

What to do to protect yourself:
- In case of suspected impersonation and phishing attempt, never rush into responding, think if that is a usual type of request
- Verify sender's email address or phone number
- Contact the real person that is being impersonated by other means, i.e., create a new email message using known correct email address from company address book or use known phone number, never engage in responding with spoofed address or number
- Never click any unexpected and suspicious attachments
- **Always contact IT when in doubt!**

## 4.11. Facilities physical security and access

Physical facilities access is critical when it comes to the information security as some of the IT security systems and protections cannot guard the information when an unauthorized and malicious actor gets physical access to the devices and systems.
To ensure proper physical protection of the devices and systems that store and transmit the information, Apex.AI employees, consultants and contractors who are authorized to access and work from company's physical locations (offices, labs, dedicated co-working spaces) must adhere to the following rules:

DocuSign Envelope ID: 1F78522E-782D-42B7-B28C-56C97198F4C7
Case 5:23-cv-02230-BLF   Document 1-2   Filed 05/08/23   Page 12 of 15

IT-0002 — Acceptable Use of IT Systems and Services                    Apex.AI

- Each person authorized to have access to the physical facility must be assigned with an individual access card or badge to access the facility. Never share the badge or card with others
- In the facilities that are not equipped with electronic badge or card systems and where physical key and lockbox is used, never share the lockbox code with people who are not authorized to access the facility, never leave physical key inserted in the lock outside or unattended on the desk, put the key back into the lockbox after the door is open
- Always keep the doors closed, in facilities with electronic locks, ensure that doors are shut tight, and lock is engaged. In facilities with physical keys, always lock the door with a key when leaving, put the key in the lockbox
- Avoid being locked out, always take your badge or card with you, in facilities with the physical keys and auto-lock doors, don't leave the key inside when not in the room
- Never prop open the doors with the wedges, furniture etc.
- In the facilities equipped with the alarm system, ensure that you are assigned with a code to arm/disarm the system and try to do it yourself to test. If unsure how to use it, contact your manager or person responsible for the facilities
- Do not let unknown or unauthorized people in the building
- When hosting guests or visitors at Apex.AI offices or facilities, refer to each location's rules and restrictions to ensure that visitors do not enter restricted area or left unattended in the areas where they must be escorted to avoid accidental exposure or loss of confidential information. Specific location rules can be found in Apex.AI Company Handbook [REF 2] – Business Operations – Visitor Policy
- Always keep server racks, cabinets with sensitive information locked
- Be aware that Apex.AI's facilities are equipped with the video surveillance systems aimed at the entrances and parking lots, in the spaces that are rented as a part of the co-working spaces, and those systems are maintained by the managing company

### 4.12. Contacting IT support

To ensure the Apex.AI IT systems and services are functioning properly, to enable employees, consultants, and contractors to perform their duties effectively and without delays caused by the outages, hardware, or software issues, Apex.AI IT department provides IT support functions.

DocuSign Envelope ID: 1F78522E-782D-42B7-B28C-56C97198F4C7
Case 5:23-cv-02230-BLF   Document 1-2   Filed 05/08/23   Page 13 of 15

**IT-0002 — Acceptable Use of IT Systems and Services**                    Apex.AI

Methods for contacting IT department for support:

- Submitting a support request (incident or service request) via the Freshservice portal http://freshservice.apex.ai
- Submitting a support request via the Freshservice mobile app
- Sending an email to freshservice@apex.ai

All suspected or confirmed IT security incidents must be reported to the IT department immediately using the methods above.

### 4.13.   Enforcement

Violation of this policy may result in Apex.AI employee, consultant, and contractor to lose access to the IT systems, services and physical facilities and also may result in disciplinary action including employment termination or termination of the business relationship between Apex.AI and the consultant or contractor.

### 4.14.   Amendment

The pace of technological change and growth in IT systems is rapid.  This policy applies to all present and future systems, services, and devices, and to improvements and innovations to existing systems, services and devices, and to completely new systems, services and devices. Apex.AI reserves the right to amend this policy at any time through an authorized writing from an authorized Apex.AI representative.

## 5.  Privacy

For any information regarding the processing of the data of employees, please refer to the Employee Privacy Policy that is either a part of your employment agreement or is available in Apex.AI Company Handbook [REF 2].

## 6.  References

| REF # | Document ID | Document |
|---|---|---|
| 1 | n/a | https://www.bis.doc.gov/index.php/policy-guidance/country-guidance/sanctioned-destinations# |
| 2 | n/a | https://hr.pages.apex.ai |

DocuSign Envelope ID: 1F78522E-782D-42B7-B28C-56C97198F4C7
Case 5:23-cv-02230-BLF   Document 1-2   Filed 05/08/23   Page 14 of 15

IT-0002 — Acceptable Use of IT Systems and Services                    Apex.AI

## 7. Revision history

| Version | Change reason | Change description |
|---|---|---|
| 1.0 | Initial version | Initial version |
| 1.1 | Various updates | Section 2 – expanded definition of an employee. Section 4.1 – removed the line about use of company email program for private purposes to remove ambiguity and duplicate of the statement in section 4.9. Section 4.3 – updated rules for installed software and software usage rules, clarified which changes to the operating system are not allowed, replaced word "installing" with "utilizing" in the bullet point related to file-sharing clients and cloud backup. Section 4.4 – replaced word "devices" with "computers", added wording that described requirement to lock screen when leaving a desk. Section 4.4.1 – added a new section to clarify mobile phone use policies. Section 4.5 – clarification on removable devices use. Section 4.6 – added information about travel to sanctioned destinations, replaced "devices" with "computer" to clarify personal device restrictions. Section 4.7 – replaced "Google Drive" with "company cloud storage". Added information about taking photographs on premises and leaving confidential documents on the desks. Section 4.9 – added information about setting up email forwarding and auto-responder for employees who left the company or are absent. Section 4.11 – added rules for hosting guest and visitors. Section 4.12 - updated means to contact IT support. Original section 4.13 "Privacy and data security," that is related to GDPR, was removed, and migrated to a separate document, numbering of subsequent sections shifted. Various spelling and grammar corrections throughout the document. |

**IT-0002 — Acceptable Use of IT Systems and Services**                Apex.AI

I acknowledge that I have read and understood the above policies and procedures.

Signature: _[DocuSigned by: FC019E044D684B2...]_

Name: Neil Langmead

Date: 12/21/2022