**EXHIBIT "D"**

CodeClinic LLC
352 Park St Suite 203W
North Reading, MA  01864 US



# INVOICE

**BILL TO**
Apex.AI Inc.
979 Commercial St.
Palo Alto, CA 94303

**INVOICE #** 200306-2
**DATE** 03/06/2020
**DUE DATE** 04/05/2020
**TERMS** Net 30

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Axivion Bauhaus Suite | 12 Month Subscription License for 10 Users, including maintenance, technical support, access toall upgrades, new versions, updates, bug fixes, and telephone hotline support on US EST timezone | 1 | 22,379.00 | 22,379.00 |
| | Lattix Node-Locked License | Lattix Architect, Node-Locked License, 12 month subscription (includes maintenance, technical support, upgrades, new versions, bug fixes and technical support via phone and email on US EST timezone). | 1 | 2,995.00 | 2,995.00 |
| | Special Offer | Bundle discount, 10%, if payment is received by 31 March 2020 | 25,374 | -0.10 | -2,537.40 |

Wire Transfer Instructions:

**BALANCE DUE** $22,836.60

BANK NAME:  RBS CITIZENS BANK
BANK ADDRESS: 1 CITIZENS DRIVE, RIVERSIDE, RI 02915
SWIFT CODE: CTZIUS33
ACH ABA ROUTING:211070175

BENEFICIARY NAME: CODECLINIC LLC
BENEFICARY ADDRESS: 352 PARK ST, SUITE 203W, NORTH READING, MA 01864
BENEFICIARY ACCOUNT NO.: 133528-897-7

Thank you for being our customer! We look forward to serving you in the future.

**CodeClinic LLC**
352 Park St Suite 203W
North Reading, MA  01864 US



## INVOICE

**BILL TO**
Apex.AI Inc.
979 Commercial St.
Palo Alto, CA 94303

**INVOICE #** 200316-5
**DATE** 03/16/2020
**DUE DATE** 03/23/2020
**TERMS** NET7

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Understand | Named-User license, 12 month subscription license (includes maintenance, technical support, upgrades, new versions, bug fixes and technical support via phone and email on US EST timezone | 1 | 995.00 | 995.00 |

Wire Transfer Instructions:

**BALANCE DUE**  $995.00

BANK NAME:  RBS CITIZENS BANK
BANK ADDRESS: 1 CITIZENS DRIVE, RIVERSIDE, RI 02915
SWIFT CODE: CTZIUS33
ACH ABA ROUTING:211070175

BENEFICIARY NAME: CODECLINIC LLC
BENEFICARY ADDRESS: 352 PARK ST, SUITE 203W, NORTH READING, MA 01864
BENEFICIARY ACCOUNT NO.: 133528-897-7

Thank you for being our customer! We look forward to serving you in the future.

**Code Clinic LLC**
352 Park St Suite 203W
North Reading, MA  01864 US
+1 7815073655
fwaldman@code-clinic.com



# INVOICE

**BILL TO**
**Apex.AI, Inc.**
979 Commercial Street
Palo Alto, CA  94303 USA

| | INVOICE | 210218-2 |
|---|---|---|
| | DATE | 02/18/2021 |
| | TERMS | Net 30 |
| | DUE DATE | 03/20/2021 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Axivion Bauhaus Suite | 12 Month Subscription License for (10) users<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 06 Mar 2021 thru 05 Mar 2022 | 1 | 23,951.00 | 23,951.00 |
| | Lattix DevOps License | Lattix Architect DevOps Edition (Including (1) Floating License of Lattix Architect, Lattix Web and Lattix Command Line). Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 06 Mar 2021 thru 05 Mar 2022 | 1 | 15,000.00 | 15,000.00 |
| | Lattix Architect Floating License | Lattix Architect Floating License<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 06 Mar 2021 thru 05 Mar 2022 | 1 | 5,000.00 | 5,000.00 |
| | Special Offer | Special Discount for Items 2 and 3 | 1 | -5,000.00 | -5,000.00 |
| | Understand | Floating License Subscription | 2 | 995.00 | 1,990.00 |

We appreciate your business and look forward to helping you again soon.

| | | | | |
|---|---|---|---|---|
| | Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 23 Mar 2021 thru 22 Mar 2022 | | | |
| Understand | Fixed-Node Build Server License Subscription<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term:  23 Mar 2021 thru 22 Mar 2022 | 1 | 3,000.00 | 3,000.00 |

---

| | | |
|---|---|---|
| Wire Transfer Instructions:<br>Bank Name: RBS Citizens Bank<br>Bank Address: 1 Citizens Drive, Riverside, RI 02915<br>Swift Code: CTZIUS33<br>ACH ABA Routing:211070175<br>Beneficiary Name: Code Clinic LLC<br>Beneficiary Address: 352 Park ST, Suite 203W, North Reading, MA 01864<br>Beneficiary Account NO.: 133528-897-7 | **BALANCE DUE** | **$43,941.00** |

We appreciate your business and look forward to helping you again soon.

Page 2 of 2

**Code Clinic LLC**
352 Park St Suite 104W
North Reading, MA  01864 US
+1 7815073655
fwaldman@code-clinic.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Apex.AI, Inc. | Apex.AI, Inc. | INVOICE | 220225-3 |
| 979 Commercial Street | 979 Commercial Street | DATE | 03/01/2022 |
| Palo Alto, CA  94303 USA | Palo Alto, CA  94303 USA | TERMS | Net 15 |
| | | DUE DATE | 03/16/2022 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Axivion Bauhaus Suite | 12 Month Subscription License for (60) users<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 05-March-2022 thru 04-March-2023 | 1 | 112,290.00 | 112,290.00 |
| Lattix DevOps License | Lattix Architect DevOps Edition (Including (1) Floating License of Lattix Architect, Lattix Web and Lattix Command Line), for designated projects Apex OS and MW<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 05-March-2022 thru 04-March-2023 | 2 | 15,000.00 | 30,000.00 |
| Lattix Traci License | Lattix Traci Edition (Including (1)  Traci Desktop with the Jama Integration module<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 05-March-2022 thru 04-March-2023 | 6 | 3,000.00 | 18,000.00T |

Wire Transfer Instructions:
Bank Name: RBS Citizens Bank
Bank Address: 1 Citizens Drive, Riverside, RI 02915
Swift Code: CTZIUS33
ACH ABA Routing:211070175
Beneficiary Name: Code Clinic LLC
Beneficiary Address: 352 Park St, Suite 104, North Reading, MA 01864
Beneficiary Account NO.: 133528-897-7

| | |
|---|---|
| SUBTOTAL | 160,290.00 |
| TAX | 0.00 |
| TOTAL | 160,290.00 |
| BALANCE DUE | **USD 160,290.00** |

We appreciate your business and look forward to helping you again soon.

**Code Clinic LLC - d/b/a Lattix**

352 Park St Suite 104
North Reading, MA  01864 US
+1 7815073655
fwaldman@code-clinic.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Apex.AI, Inc. | Apex.AI, Inc. | INVOICE | 220915-2 |
| 844 E Charleston Road | 844 E Charleston Road | DATE | 09/15/2022 |
| Palo Alto, CA  94303 USA | Palo Alto, CA  94303 USA | TERMS | Net 30 |
| | | DUE DATE | 10/15/2022 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| WS-CDs-T | WhiteSource Teams OSS Management Platform, 12 month subscription, including:<br><br>• OSS vulnerability scanning for over 200 technologies, including source file matching<br>• Container scanning • OSS license compliance<br>• Dashboard, alerts, and reporting • Issue tracking integrations (Jira and AzureDevOps)<br>• Github.com repo integration • Unified Agent<br>• Support for policies with workflows • Suggested fixes<br>• Priority scoring • API access<br>• SSO/SAML support | 50 | 600.00 | 30,000.00 |

Wire Transfer Instructions:
Bank Name: RBS Citizens Bank
Bank Address: 1 Citizens Drive, Riverside, RI 02915
Swift Code: CTZIUS33
ACH ABA Routing:211070175
Beneficiary Name: Code Clinic LLC
Beneficiary Address: 352 Park St, Suite 104, North Reading, MA 01864
Beneficiary Account NO.: 133528-897-7

| | |
|---|---|
| SUBTOTAL | 30,000.00 |
| TAX | 0.00 |
| TOTAL | 30,000.00 |
| BALANCE DUE | **USD 30,000.00** |

We appreciate your business and look forward to helping you again soon.

Page 1 of 1

**Code Clinic LLC**

352 Park St Suite 104
North Reading, MA  01864 US
+1 7815073655
fwaldman@code-clinic.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Apex.AI, Inc. | Electronic delivery | INVOICE | 2301127-2 |
| 844 E Charleston Road | | DATE | 01/17/2023 |
| Palo Alto, CA 94303 | | TERMS | Net 15 |
| | | DUE DATE | 02/01/2023 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Lattix DevOps License | Lattix Architect DevOps Edition (Including (1) Floating License of Lattix Architect, Lattix Web and Lattix Command Line), for designated projects Apex OS and MW<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 05-March-2023 thru 04-March-2024 | 2 | 15,000.00 | 30,000.00 |
| Lattix Traci License | Lattix Traci Edition (Including (1)  Traci Desktop with the Jama Integration module<br>Annual Maintenance and Support for above Items includes:<br>* Important product updates<br>* New version releases<br>* Technical Support via phone and email<br>* Bug fixes<br>*Technical Support via phone and email on US EST time zone<br>Subscription Term: 05-March-2023 thru 04-March-2024 | 6 | 3,000.00 | 18,000.00 |

Wire Transfer Instructions:
Bank Name: RBS Citizens Bank
Bank Address: 1 Citizens Drive, Riverside, RI 02915
Swift Code: CTZIUS33
ACH ABA Routing:211070175
Beneficiary Name: Code Clinic LLC
Beneficiary Address: 352 Park St, Suite 104, North Reading, MA 01864
Beneficiary Account NO.: 133528-897-7

| | |
|---|---|
| SUBTOTAL | 48,000.00 |
| TAX | 0.00 |
| TOTAL | 48,000.00 |
| BALANCE DUE | **USD 48,000.00** |

We appreciate your business and look forward to helping you again soon.

Page 1 of 1

**Code Clinic LLC**

352 Park St Suite 104
North Reading, MA  01864 US
+1 7815073655
fwaldman@code-clinic.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Apex.AI, Inc. | Apex.AI, Inc. | INVOICE | 230209-2 |
| 844 E Charleston Road | 844 E Charleston Road | DATE | 02/09/2023 |
| Palo Alto, CA  94303 USA | Palo Alto, CA  94303 USA | TERMS | Net 15 |
| | | DUE DATE | 02/24/2023 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Mend SCA Advanced, MD-CDs-SC-A | Mend SCA Advanced includes:<br><br>OSS vulnerability scanning for over 200 technologies, including source file matching<br>• SCM repo integrations (Github.com, Github Enterprise, Gitlab, Bitbucket) excluding self-hosted repositories<br>• Container scanning • OSS license compliance<br>• Dashboard, alerts, and reporting • Issue tracking integrations (Jira and AzureDevOps)<br>• Support for policies with workflows • Automated remediation and suggested fixes<br>• Native access with IDEs • Browser integration<br>• SSO/SAML support<br>• Standard Support | 50 | 800.00 | 40,000.00 |
| Special Offer | 6 month term extension from 15 Sep 2023 to 14 March 2024 | -0.50 | 40,000.00 | -20,000.00 |

Wire Transfer Instructions:
Bank Name: RBS Citizens Bank
Bank Address: 1 Citizens Drive, Riverside, RI 02915
Swift Code: CTZIUS33
ACH ABA Routing:211070175
Beneficiary Name: Code Clinic LLC
Beneficiary Address: 352 Park St, Suite 104, North Reading, MA 01864
Beneficiary Account NO.: 133528-897-7

| | |
|---|---|
| SUBTOTAL | 20,000.00 |
| TAX | 0.00 |
| TOTAL | 20,000.00 |
| BALANCE DUE | **USD 20,000.00** |

We appreciate your business and look forward to helping you again soon.

**Emenda USA**
3520 Scheele Dr.
Jackson, MI, 49202 USA
EIN: **81-1998784**   Michigan Corporation: **06614X**

# INVOICE



| | |
|---:|:---|
| **INVOICE #:** | INV-202200322_Apex.AI, Inc._sti13725 |
| **DATE:** | 3/22/2022 |
| **REF QUOTE:** | QUO-20220214_APEX.AI_sti13725 |
| **REF PO:** | 1048 |
| **Attention of:** | Janine Blasi |
| **Customer:** | Janine Blasi |
| **Company Name:** | Apex.AI, Inc |
| **Address 1:** | 844 E Charleston Rd |
| **Address 2:** | Palo Alto, CA 94303 US |

| Emenda Products | License Type | Part Number | Quantity | Unit Price (USD) | Extended Price (USD) |
|---|---|---|---|---|---|
| SciTools Understand - Single Developer Subscription - one (1) year | SUBSCRIPTION | UND-6.0-SUB | 6 | USD 995.00 | USD 5,970.00 |
| SciTools Understand - Node Locked Subscription - one (1) year | SUBSCRIPTION | UND-6.0-SUB | 1 | USD 3,000.00 | USD 3,000.00 |
| | | | | Special Discount: | USD 897.00 |
| | | | | Software Subscription: | USD 8,073.00 |

| | | |
|---:|---|---:|
| **NET AMOUNT:** | USD | 8,073.00 |
| **TAXES:** | USD | - |
| **TOTAL:** | USD | 8,073.00 |

**INVOICE TERMS:**
Payment Terms: payments are due 30 days from the Date of the Invoice (NET 30)
All prices are in US Dollars (USD) and include applicable taxes.
Electronic delivery - NO FREIGHT CHARGES
REMIT TO: Please reference the Invoice # and make checks payable to: **EMENDA USA INC**
　　　　　Attn: Rob Robinson
　　　　　3520 Scheele Dr.
　　　　　Jackson, MI 49202  USA
Electronic Payments: ROUTING # 072000326 - ACCT # 000000826882057 - SWIFT/BIC: CHASUS33

For Any Questions, your contact is:　jenny.worster@emenda.com

**Emenda USA**
3520 Scheele Dr.
Jackson, MI, 49202 USA
EIN: **81-1998784**     Michigan Corporation: **06614X**

# INVOICE



| | |
|---|---|
| **INVOICE #:** | INV-20230309_Apex.AI, Inc._sti13725 |
| **DATE:** | 3/9/2023 |

| | |
|---|---|
| **REF QUOTE:** | QUO-20230302_APEX.AI_sti13725 |
| **REF PO:** | 1056 |

| | |
|---|---|
| **Attention of:** | finance-us@apex.ai |

| | |
|---|---|
| **Customer:** | Neil Langmead |
| **Company Name:** | Apex.AI, Inc |
| **Address 1:** | 844 E Charleston Rd |
| **Address 2:** | Palo Alto, CA 94303 US |

| Emenda Products | License Type | Part Number | Quantity | Unit Price (USD) | Extended Price (USD) |
|---|---|---|---|---|---|
| SciTools Understand - Single Developer Subscription - one (1) year | SUBSCRIPTION | UND-6.0-SUB | 6 | USD 1,195.00 | USD 7,170.00 |
| SciTools Understand - Node Locked Subscription - one (1) year | SUBSCRIPTION | UND-6.0-SUB | 1 | USD 3,995.00 | USD 3,995.00 |
| Claim Code: NYZHxuAEI1tzJWwJ and NHM9YjITOUfbLIUg | | | | Special Discount: | USD 1,674.75 |
| Renewal POP: 03/21/23-03/21/24 | | | | Software Subscription: | USD 9,490.25 |

| | | |
|---|---|---|
| **NET AMOUNT:** | USD | 9,490.25 |
| **TAXES:** | USD | - |
| **TOTAL:** | USD | 9,490.25 |

INVOICE TERMS:
Payment Terms: payments are due 30 days from the Date of the Invoice (NET 30)
All prices are in US Dollars (USD) and include applicable taxes.
Electronic delivery - NO FREIGHT CHARGES
REMIT TO: Please reference the Invoice # and make checks payable to: **EMENDA USA INC**
          Attn: Rob Robinson
          3520 Scheele Dr.
          Jackson, MI 49202  USA
Electronic Payments: ROUTING # 072000326 - ACCT # 000000826882057 - SWIFT/BIC: CHASUS33

| For Any Questions, your contact is: | jenny.worster@emenda.com |
|---|---|