Melinda M. Morton (Bar No. 209373)
E-mail: mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail: jacob.Poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
3000 El Camino Real
Suite 5-400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorney for Plaintiff
APEX.AI, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APEX.AI, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODE CLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20,<br><br>    Defendants. | Case No. 5:23-cv-02230<br><br>**DECLARATION OF DEJAN PANGERCIC IN SUPPORT OF PLAINTIFF APEX.AI, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE MEMORANDUM IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND DECLARATIONS IN SUPPORT THEREOF** |

1

PANGERCIC DEC. ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MEMORANDUM
IN SUPPORT OF ITS APPLICATION FOR A TEMPORARY RESTRAINING ORDER

I, Dejan Pangercic, declare as follows:

1. I am the Chief Technology Officer and Co-Founder of Apex.AI, Inc. ("Apex.AI"). I have held the position of CTO for six (6) years.

2. I have personal knowledge of the facts contained in this declaration, except where otherwise noticed, and if called before this court, I could and would testify competently thereto. Pursuant to Local Rule 79-5(e), I submit this declaration in support of Apex.AI's Administrative Motion to Seal Portions of its Memorandum in Support of Its *Ex Parte* Application for a Temporary Restraining Order and Declarations in Support Thereof (the "Memorandum").

3. Portions of the Memorandum and supporting declarations of Dejan Pangercic and Dmytro Tutynin include and refer to nonpublic, confidential information regarding Apex.AI's current and prospective partners and customers, nonpublic, confidential information regarding Apex.AI's business arrangements with, and business plans regarding, these entities, and Apex.AI trade secrets. More specifically, the highlighted portions of the Memorandum at pages 10, 15 and 17, the highlighted portions of paragraphs 56, 58 and 61 to the Declaration of Dejan Pangercic in support of the Application, and Exhibits A, B and E to the Declaration of Dmytro Tutynin in support of the Application, contain this sensitive information. The Application and Declarations of Dejan Pangercic and Dmytro Tutynin in support of the Application also refer to Defendant Langmead's work for third parties which may or may not be third party confidential information, and Apex.AI therefore requests that this information be filed provisionally under seal as well out of an abundance of caution. More specifically, this information is contained in the highlighted portions of the Memorandum at pages 11 and 12, the highlighted portions of paragraphs 49 and 57 to the Declaration of Dejan Pangercic in support of the Application, and the highlighted portions of paragraphs 6.b, 6.c and 6.d, and Exhibits C, D, and F, to the Declaration of Dmytro Tutynin in support of the Application.

4. The public disclosure of Apex.AI's sensitive information would cause competitive harm to Apex.AI.

5. Apex.AI's competitors could use the information regarding Apex.AI's current and prospective customers and partners, and its business plans regarding these entities, to take these

confidential opportunities away from Apex.AI and disrupt its business.

6. The disclosure of Apex.AI's trade secrets would cause Apex.AI harm by damaging the value of those trade secrets.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 08 day of May 2023 in Palo Alto, California.

Dejan Pangercic