1   Melinda M. Morton (Bar No. 209373)
    E-mail: mindy.morton@procopio.com
2   Jacob K. Poorman (Bar No. 262261)
    E-mail: jacob.Poorman@procopio.com
3   PROCOPIO, CORY, HARGREAVES &
        SAVITCH LLP
4   3000 El Camino Real
    Suite 5-400
5   Palo Alto, CA 94306
    Telephone: 650.645.9000
6   Facsimile: 619.235.0398

7   Attorney for Plaintiff
    APEX.AI, INC.

8
                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  APEX.AI, INC.,                          Case No. 5:23-cv-02230

12          Plaintiff,                       **[PROPOSED] ORDER GRANTING
                                             PLAINTIFF APEX.AI, INC.'S
13  v.                                       ADMINISTRATIVE MOTION TO
                                             FILE UNDER SEAL PORTIONS OF
14  NEIL RICHARD LANGMEAD, AN                ITS MEMORANDUM IN SUPPORT
    INDIVIDUAL; VERIFA, INC., A              OF THE *EX PARTE* APPLICATION
15  MASSACHUSETTS CORPORATION;               FOR A TEMPORARY
    CODECLINIC, LLC DBA LATTIX, A            RESTRAINING ORDER AND
16  MASSACHUSETTS LIMITED LIABILITY          DECLARATIONS IN SUPPORT
    COMPANY; AND DOES 1-20,                  THEREOF**

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28
                                    1

Now before this Court is the Administrative Motion of Plaintiff Apex.AI, Inc. ("Apex.AI" or "Plaintiff") to File Under Seal Portions of its Memorandum in support of its *Ex Parte* Application for a Temporary Restraining Order and Declarations in Support Thereof.

Upon consideration of the Administrative Motion to File Under Seal and the Declaration of Dejan Pangercic in support thereof, the Court finds that:

1.     Apex.AI possesses overriding confidentiality interests in portions of its Application for a Temporary Restraining Order and Declarations, and attached exhibits, in support thereof, that overcome the right of public access to the record;

2.     Apex.AI's overriding confidentiality interests support sealing the record;

3.     A substantial probability exists that the Apex.AI's overriding confidentiality interests will be prejudiced if the record is not sealed;

4.     The proposed sealing is narrowly tailored; and

5.     No less restrictive means exist to achieve this overriding interest.

Accordingly, **IT IS HEREBY ORDERED** that Apex.AI's Administrative Motion to File Under Seal portions of Memorandum in support of its *ex Parte* Application for a Temporary Restraining Order and Declarations in Support Thereof is **GRANTED**;

**IT IS FURTHER ORDERED** that the designated portions of pages 10-12, 15 and 17 of the Memorandum in support of the Application for a Temporary Restraining Order, paragraphs 49, 56-58 and 61 to the Declaration of Dejan Pangercic in Support of the Application, paragraphs 6.b, 6.c and 6.d to the Declaration of Dmytro Tutynin and Exhibits A-F to the Declaration of Dmytro Tutynin, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon.
UNITED STATES DISTRICT JUDGE

2