Melinda M. Morton (Bar No. 209373)
E-mail: mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail: jacob.Poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
3000 El Camino Real
Suite 5-400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorney for Plaintiff
APEX.AI, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| APEX.AI, INC., | Case No. 5:23-cv-02230 |
|---|---|
| Plaintiff, | **DECLARATION OF DEJAN PANGERCIC IN SUPPORT OF PLAINTIFF APEX.AI'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| v. | |
| NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION, CODECLINIC, LLC dba LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY, AND DOES 1-20, | |
| Defendants. | |

I, Dejan Pangercic, declare as follows:

1. I am the Chief Technology Officer and Co-Founder of Apex.AI, Inc. ("Apex.AI"). I have held the position of CTO for six (6) years.

2. I have personal knowledge of the facts contained in this declaration, except where otherwise noted, and if called before this court, I could and would competently testify thereto. I submit this declaration in support of Plaintiff's Application for Temporary Restraining Order and Order to Show Cause.

**APEX.AI DEVELOPS BREAKTHROUGH SAFE, CERTIFIED, DEVELOPER-FRIENDLY, AND SCALABLE SOFTWARE FOR MOBILITY SYSTEMS**

3. Apex.AI, which is headquartered in Palo Alto, develops breakthrough safe, certified,

developer-friendly, and scalable software for mobility systems such as autonomous vehicles, robots, and so-called software-defined vehicles, which are any vehicles that manage their operations, add functionality, and enable new features primarily or entirely through software.

4. Developing software for mobility systems presents unique challenges. Among other things, the software has to be scalable and flexible so that it will work in a wide range of different mobility systems. Further, software for mobility systems, such as automobiles, must be particularly robust and reliable in order to meet the demanding, applicable functional safety standards.

5. Apex.AI has developed a proprietary process to re-work open-source software in record time so that it conforms to the highest requirements of the applicable functional safety standards for safety-critical products.

6. Apex.AI's team brings decades of relevant experience building autonomous systems.

7. The potential market for Apex.AI's products, particularly in the burgeoning autonomous vehicle and software-defined vehicle industries, is vast.

### APEX.AI'S INTELLECTUAL PROPERTY

8. While a 2020 version of its product Apex.OS was based on open source software, Apex.AI has since then developed numerous additional proprietary features and products that by far exceed the original code size of Apex.OS.

9. Apex.AI launched its award-winning first product, Apex.OS in 2020. Apex.OS is a bundle that consists of Apex.Grace and Apex.Ida.

10. Apex.Grace is a software development kit for mobility applications that abstracts complexity away from the developer. *See* https://www.apex.ai/apexgrace.

11. Apex.Ida is a data transport protocol that delivers optimal vehicle communication and high-performance data transport for all use cases. *See* https://www.apex.ai/apexida.

12. One characteristic of functionally-safe software like Apex.OS is that the purpose of each part of the software is clearly analyzed and documented so that it can meet the applicable safety standards. One can document and prove that software like Apex.OS meets applicable safety

DocuSign Envelope ID: 3E116F4F-22C9-4045-B9A1-6E6523280732

requirements by generating certification artifacts from the analysis of the source code, which artifacts can then be delivered to assessors as proof that the software is safe and reliable.

13. Apex.AI's products, like Apex.OS, are extraordinarily valuable because they are safety-certified and are more efficient and developer-friendly than the handful of competing products that claim to provide the functionality that Apex.OS provides. Apex.OS requires fewer resources and customizations to arrive at a final product that works with the particular mobility system, making it uniquely flexible and scalable.

14. Apex.AI's trade secrets include, but are not limited to:

   a. Apex.Grace, Apex.Ida (together: Apex.OS);
   b. the source code that makes up Apex.Grace/Apex.Ida and Apex.AI's other offerings and technology;
   c. the ISO 26262 functional safety certification artifacts associated with Apex.AI's products and technology [ISO 26262 is an international functional safety standard for the development of electrical and electronic systems in road vehicles];
   d. a continuous integration ("CI")-based pipeline for a modern, web-based system for the automatic generation of ISO 26262 functional safety certification artifacts for C++ software;
   e. the knowhow to re-work, and process for reworking, open source software to make it scalable, flexible and robust, and how to certify it as safe; and
   f. contact information for our customers' decision makers and information about customers' pain points and technological needs.

**APEX.AI HAS DEVOTED SUBSTANTIAL TIME AND RESOURCES TO DEVELOPING ITS TRADE SECRETS**

15. Apex.AI has spent substantial time and money developing the above-referenced trade secrets.

16. These trade secrets are the product of thousands of engineering hours and millions of dollars of investment. Apex.AI has spent approximately $63M to generate the above-mentioned IP.

**APEX.AI MAKES SIGNIFICANT EFFORTS TO MAINTAIN THE CONFIDENTIALITY**

DocuSign Envelope ID: 3E116F4F-22C9-4045-B9A1-6E6523280732

Case 5:23-cv-02230-BLF   Document 5-5   Filed 05/08/23   Page 4 of 15

**OF ITS TRADE SECRETS AND CONFIDENTIAL INFORMATION**

17. While Apex.AI's products incorporate open-source software, Apex.OS, the source code comprising Apex.OS and Apex.AI's other products and technology, and Apex.AI's other trade secrets, are proprietary and Apex.AI undertakes substantial efforts to maintain their confidentiality.

18. A true and correct copy of Apex.AI's Information Security Policy is attached hereto as **Exhibit A**.

19. Because Apex.AI's business is strongly focused on the automotive field, it ensures that its information security processes and procedures comply with that industry's exacting regulatory requirements.

20. Apex.AI's information security policy is based on ISO 27001 and Trusted Information Security Exchange ("TISAX") standards. ISO 27001 is an international standard to manage information security. TISAX is a security standard devised by the German Association of the Automotive Industry to ensure information and cyber security and is widely-used in the European automotive industry. Apex.AI is TISAX-certified.

21. Apex.AI employees, consultants, and contractors must review and sign Apex.AI's Acceptable use of IT Systems and Services Policy, a true and correct copy of which is attached hereto as **Exhibit B**. Defendant Langmead signed this Policy.

22. Apex.AI stores its trade secrets and other confidential information on secure, password-protected systems only accessible to authorized personnel. A unique username and password is required to access all Apex.AI systems, services and devices. Apex.AI requires strong passwords – all passwords must include eight (8) characters, at least one lowercase and one uppercase letter, a number and a special character. two-factor authentication is also used as an additional protection.

23. To further ensure the confidentiality of its sensitive information, Apex.AI takes various cryptographic measures. Apex.AI, for example, requires steps to encrypt information in transit, requires full disk encryption of all end user laptops, and requires the encryption of all iOS and Android devices.

4
DECLARATION OF DEJAN PANGERCIC

DocuSign Envelope ID: 3E116F4F-22C9-4045-B9A1-6E6523280732

24. Apex.AI ensures that all employees, consultants and contractors maintain software updates for all user devices and have control of all such devices throughout their lifecycles, from deployment to decommission. Apex.AI uses JumpCloud directory and device management service for mobile device and identity management that allows it to enforce security policies, update the devices, and obtain live system inventory reporting.

25. Apex.AI's source code is stored on an Apex.AI self-managed GitLab instance, which is a secure, password-protected platform that also requires two-factor authentication. Apex.AI's Gitlab "instance" is the copy of GitLab that Apex.AI has customized for its use.

26. Where feasible, and for longer engagements, Apex.AI provides consultants and contractors with Apex.AI-managed devices and ensures that work for Apex.AI and its clients is performed on such devices. Apex.AI provided Defendant Neil Richard Langmead with a laptop in connection with his work for Apex.AI. Defendant Langmead's Apex.AI-issued laptop is referred to herein as the "Laptop."

27. Apex.AI requires that prospective partners and customers enter into non-disclosure agreements to protect Apex.AI's trade secrets and confidential information. Once a customer or partner relationship is formed, Apex.AI requires a license agreement that prohibits the disclosure of its trade secrets and confidential information.

28. Apex.AI also protects its physical facilities from unauthorized access. Apex.AI facilities can only be accessed with badges, key cards or keys. In Apex.AI facilities that are equipped with an alarm system, each employee assigned to work at that facility has an individual alarm code.

29. Areas within Apex.AI's physical facilities are divided into different levels of security. "Blue" areas are publicly-accessible areas such as parking lots. "Green areas" are locations inside Apex.AI premises such as conference rooms. "Yellow" areas, such as office areas and labs, can only be accessed by authorized employees and any guests and visitors must be escorted. "Red" areas are highly-restricted areas where only a limited number of authorized employees have access. Confidential information is only accessible in Yellow or Red areas.

**APEX.AI'S TRADE SECRETS DERIVE INDEPENDENT ECONOMIC VALUE FROM**

DocuSign Envelope ID: 3E116F4F-22C9-4045-B9A1-6E6523280732

**NOT BEING GENERALLY KNOWN TO, OR READILY ASCERTAINABLE BY, THE PUBLIC**

30. The confidentiality of Apex.AI's trade secrets is critical to their value.

31. Apex.AI's products consist primarily of software tools, the know-how to create those tools, and the certification artifacts associated with those tools, instead of physical products.

32. Therefore, if Apex.AI's competitors were able to access Apex.AI's trade secrets without restriction, they could replicate them and produce an unlimited number of copies without having to expend the substantial resources that Apex.AI had to invest to develop them in the first place. Maintaining the confidentiality of Apex.AI's trade secrets is therefore essential to Apex.AI's business proposition.

33. Apex.AI is an extremely business-driven company. Internally Apex.AI maintains a database of several thousands of customer opportunities with connections to high-level current and prospective customers' decision makers and information about customers' pain points and technological needs. Apex.AI is offering solutions to the biggest software challenges that multi-billion dollar car manufacturing corporations are currently struggling to solve in the developing field of software-defined vehicles – namely, developing software that is sufficiently scalable and flexible to work with different systems and that can meet the automotive industry's stringent safety requirements. There is, therefore, currently enormous demand for the type of software tools that Apex.AI offers. This, accordingly, is a critical time for Apex.AI's business because it stands to make immense profits in this market, now and in the future, by having its software tools installed into the software-defined vehicles that the major automotive companies are now manufacturing and designing.

**APEX.AI RETAINS DEFENDANT LANGMEAD AND HIS COMPANY, DEFENDANT VERIFA, INC., AS CONSULTANTS**

34. On or about November 25, 2019, Apex.AI entered into a Consulting Agreement with Defendant Verifa, Inc. ("Verifa"), which Agreement is still in place. A true and correct copy of the Consulting Agreement, and the three amendments extending the term of that

DocuSign Envelope ID: 3E116F4F-22C9-4045-B9A1-6E6523280732

Agreement, is attached hereto as **Exhibit C**. On information and belief, Defendant Langmead is the principal of Verifa. Defendant Langmead's LinkedIn page states that, prior to Verifa, Defendant Langmead worked for Siemens from 2015 – 2018 as a "Code Clinic Lead", where he evidently established the first "Chinese Open Source Clearing Center". A true and correct copy of a screenshot of Defendant Langmead's LinkedIn page is attached hereto as **Exhibit D**.

35. Pursuant to the Consulting Agreement, Apex.AI tasked Defendant Langmead to work within its functional safety team, whose job it is to ensure that Apex.AI's software is safe and meets applicable safety requirements. Among other things, that team develops tests for Apex.AI software to ensure that it is safe and can be safety-certified, and collaborates with a third-party that certifies the safety of Apex.AI's software. Safety certification is a major distinction between Apex.AI's products and other comparable solutions and is a process which is continuously required while Apex.AI products are being further developed. Safety certification is both functional and crucial to the marketability of Apex.AI's products as original equipment manufacturers ("OEMs") only nominate safety certified products for production deals.

36. During his time as a consultant for Apex.AI, Defendant Langmead acquired information from Apex.AI about, among other things, Apex.AI's process and knowhow regarding how to manually perform the steps needed to certify Apex.Grace according to ISO 26262 and how to manually put together a Certification Compliance Report. As part of his work under the Consulting Agreement, Defendant Langmead was supposed to develop a procedure to automate the process of generating the certification artifacts that are necessary to prove that Apex.AI software meets the applicable functional safety requirements.

37. The Consulting Agreement, which was signed by Defendant Langmead, provides, among other things, that:

    a. Apex.AI's Proprietary Information, which is defined to include trade secrets, algorithms, software, source and object codes, plans for new products and information regarding actual and potential customers, is to be held in the strictest

DocuSign Envelope ID: 3E116F4F-22C9-4045-B9A1-6E6523280732

confidence and cannot not be used or disclosed;

b. The Consultant will not engage in or undertake any other employment, occupation, consulting relationship, or commitment that is directly related to the business in which Apex.AI is now involved or becomes involved or has plans to become involved, nor engage in any other activities that conflict with Consultant's obligations to Apex.AI;

c. Consultant "warrants" that it has no other agreements, relationships, or commitments to any other person or entity that conflict with the provisions of this Agreement, Consultant's obligations to the Company under this Agreement, or Consultant's ability to become engaged and perform the services for which Consultant is being hired by the Company[;]"

d. The Consultant will not engage in any conduct that is not in the best interest of Apex.AI or acquire any opportunity of interest to Apex.AI;

e. The services to be provided by Consultant under the Consulting Agreement cannot be subcontracted without the written approval of Apex.AI; and that

f. the Principal(s) of Consultant (i.e. Defendant Langmead) are jointly and severally liable for all obligations of Consultant under the Consulting Agreement.

See **Exhibit C** at ¶¶ 4(a) – 4(f); 8(a); 8(c); 18(p), Exhibit C to the Consulting Agreement.

38. As a part of the Consulting Agreement, Defendants Langmead and Verifa explicitly acknowledged that they would be in a "relationship of confidence and trust" with Apex.AI, and that they were in "a unique position of access to Apex.AI's proprietary information. **Exhibit** C at ¶4(a).

39. Indeed, by virtue of his work for Apex.AI, Defendant Langmead had access to virtually all of Apex.AI's software, source code, and other intellectual property.

40. Apex.AI agreed to compensate Defendant Verifa $125 per hour, for up to forty (40) hours per week, for performing the services under the Consulting Agreement. **Exhibit** C at Exhibit A to the Consulting Agreement.

**DEFENDANT LANGMEAD ABUSES HIS POSITION OF TRUST WITH APEX.AI AND**

**EXPLOITS APEX.AI'S TRADE SECRETS**

41. While Defendant Langmead delivered a proof of concept regarding the automated process that he was tasked to develop pursuant to the Consulting Agreement, he never delivered a final version. Instead, based on the evidence Apex.AI has discovered, he took the final version he was paid to develop for Apex.AI and is advertising it to prospective customers on behalf of Defendant CodeClinic, LLC ("CodeClinic") dba Lattix and its partner Parasoft. Apex.AI has also found evidence showing that Defendant Langmead has otherwise disclosed Apex.AI trade secrets to Defendant CodeClinic.

42. As set forth in more detail below, the evidence shows that Defendants have misappropriated, at least, (1) the continuous integration ("CI")-based pipeline for a modern, web-based system for the automatic generation of ISO 26262 functional safety certification artifacts for C++ software that he was paid to develop for Apex.AI, (2) Apex.AI's knowhow to rework, and process for reworking, open source software to make it scalable, flexible and robust, and how to certify it as safe; and (3) ISO 26262 functional safety certification artifacts associated with Apex.Ida.

43. Apex.AI has paid Defendant Verifa approximately $780,000 under the Consulting Agreement.

44. Defendant Langmead also caused Apex.AI to make purchases from firms that, on information and belief, are under his control, without disclosing his relationship with those companies, has attempted to form independent business relationships with Apex.AI's actual and prospective customers and partners, mishandled Apex.AI proprietary information and has used and disclosed Apex.AI's proprietary information to create and market products and services for third-parties based on his work at Apex.AI and in competition with Apex.AI.

45. Apex.AI records reflect that Defendant Langmead, on behalf of Apex.AI, initiated, and attempted to initiate, the purchase of products from two different companies – CodeClinic and Emenda – which, on information and belief, are companies that Defendant Langmead owns, controls, or manages.

46. More specifically, Defendant Langmead, on behalf of Apex.AI, since 2020 initiated the purchase of software products Axivion, WhiteSource (now known as "Mend"), Traci and Lattix from CodeClinic, for approximately $326,062. Defendant also initiated the purchase of the tool "Understand" from Emenda for a total of $17,563. True and correct copies of the invoices associated with these purchases are attached hereto as **Exhibit E**.

47. I first became suspicious of Defendant Langmead when I heard he planned to attend Embedded World, an industry conference, in Germany in March 2023. I had assumed that Defendant Langmead was attending the conference on behalf of Apex.AI, but I learned that he was not. During a conversation I had with Defendant Langmead at the conference on March 10, 2023, he told me that CodeClinic had recently purchased Verifa. All this struck me as unusual because Defendant Langmead is contractually obligated to avoid conflicts of interest with Apex.AI, and because he had not disclosed to Apex.AI that he was working with CodeClinic or any other company aside from Defendant Verifa. I therefore requested that Apex.AI personnel (our Head of IT, Dmytro Tutynin, and Head of Legal Operations, Rabea Woerthwein-Mack) investigate Defendant Langmead and his activities. This included Mr. Tutynin's search of the files and activity, including internet search history, on the Laptop. Mr. Tutynin captured lists of files and directories on the Laptop and, based on a review of these lists and directories by Ms. Woerthwein-Mack and me, I requested that he retrieves specific files and directories for my review and analysis. I also searched for information about the companies on Google.

48. Defendant Langmead appears to have significant ties with CodeClinic and Emenda.

49. Although Defendant Langmead's LinkedIn page does not identify CodeClinic, he: accepted an award on behalf of CodeClinic in June of 2022 and CodeClinic's address in Massachusetts is the same as Defendant Verifa's (with a different suite number). CodeClinic quotes/invoices list "Lattix" as a dba. Online research indicates that Defendant Langmead is a Director of Professional Services for Lattix, Frank Waldman, who is the VP of Business Development for CodeClinic, is Lattix's Co-Founder, and that Lattix has the same address as Verifa and CodeClinic. Lattix's website advertises having worked for

Apex.AI, which advertisement was never authorized by Apex.AI. Defendant Langmead gave a presentation on behalf of Lattix together with its partner Parasoft at the Embedded World Conference in 2022. Moreover, an invoice from CodeClinic to ▮▮▮▮ ("▮▮▮"), which was saved as a .pdf file named "CodeClinic_Invoice_230210-3▮▮▮" that Mr. Tutynin retrieved from the Laptop, reflects that Defendant Langmead did consulting work for ▮▮▮ in January 2023, and that he is the bank account holder for CodeClinic.

50. Per Defendant Langmead's LinkedIn page, he is the Co-Founder of Emenda Software Ltd.

51. Defendant Langmead's LinkedIn page also reflects that he was a director for Emenda China Ltd. from 2009 – 2014.

52. Despite his affiliations with these companies, Defendant Langmead has consistently acted as if they are third-parties with whom he has no affiliation. For example, Defendant Langmead has communicated with Frank Waldman of CodeClinic as if he were just another software vendor, and tried to influence Apex.AI to switch from VectorCAST to Parasoft (a "partner" of Lattix) as a vendor. If Apex.AI had known of Defendant Langmead's affiliation with these companies, it would not have approved the various software purchases from them that he initiated.

53. On information and belief, Defendant Langmead owns, controls or manages several other companies that were never disclosed to Apex.AI. For example: research indicates that he is a co-founder of Verifa Io, a Finnish Company, and that on or about March 4, 2022 he incorporated a company in Cyprus – Apera Cyprus Limited.

54. Apex.AI also discovered further nefarious activity on the Laptop.

55. Mr. Langmead's Apex.AI computer was used to give a presentation on behalf of Lattix, together with Lattix partner Parasoft, that Defendant Langmead gave in November 2020 entitled "*Autonomous Vehicles Online - Parasoft: Putting Compliance on Autopilot for Autonomous Vehicles*" as well as a presentation in August 2021 called "*Achieve Faster Compliance to ISO 26262 With Lattix and Parasoft in a Gitlab CI Pipeline*," which can be found on YouTube. Both presentations appear to concern the automated process for

generating safety certification artifacts that Defendant Langmead was tasked to develop for Apex.AI. CodeClinic's website also refers to its "Functional Safety Consulting" work, and identifies one such "project[] we have delivered" as "Implementing a full CI workflow for an ISO26262 ASIL D autonomous driving project," which also appears to refer to work Defendant Langmead was performing for Apex.AI. *See* https://code-clinic.com/services/.

56. Defendant Langmead is also, on information and belief, consulting for ▉▉▉▉, which is currently in discussions with Apex.AI regarding a production deal. Mr. Tutynin retrieved a timesheet saved on the Laptop as "KW_4_Consultant_Neil Langmead-External.xlsx" that, although blank, reflected that Defendant Langmead performed work for ▉▉▉ in January 2023, and that Defendant Langmead has a ▉▉▉ email address. In addition, based on information Mr. Tutynin retrieved, ▉▉▉ is identified as a sales opportunity in CodeClinic's Salesforce instance and Defendant Langmead had meetings via Microsoft Teams with, and is connected to, ▉▉▉ Software engineers based in Romania and Germany.[1]

57. Defendant Langmead also, on information and belief, works for ▉▉▉▉. Based on the internet activity Mr. Tutynin found on Defendant Langmead's laptop, Defendant Langmead has had meetings via Microsoft Teams meetings with ▉▉▉, and two of the files Mr. Tutynin retrieved from the Laptop (named "▉▉▉ Pipeline Documentation.pdf" and "▉▉▉ Pipeline Documentation-1.pdf") are project scope documents related to his work for ▉▉▉. Based on the project scope document, Defendant Langmead appears to be leveraging Apex.AI knowhow in his work for ▉▉▉. For example, the project scope document discusses cross compilation of QNX operating system, which Langmead learned how to do at Apex.AI.

58. Activity on Defendant Langmead's laptop also reflects that he had a webex meeting with potential Apex.AI customer ▉▉▉, a Microsoft Teams meeting with prospective Apex.AI customer ▉▉▉, and that CodeClinic's Salesforce instance identifies ▉▉▉ as

---

[1] Apex.AI found data regarding CodeClinic's Salesforce instance on the Laptop because Defendant Langmead accessed it from the Laptop.

a customer opportunity. ▮ is a potential customer/partner of Apex.AI, and Apex.AI has had several meetings with ▮. Although ▮ is not a direct customer yet, many of Apex.AI's customers utilize electronic control units ("ECUs") from ▮ and Apex.AI provides support for these ECUs.

59. The Laptop also shows that Defendants have stored Apex.AI code, including Apex.AI's proprietary certification artifacts, on CodeClinic's GitLab repository.

60. I also understand, based on my review of files retrieved by Mr. Tutynin from the Laptop, that Defendant Langmead has used Apex.AI's proprietary information to pitch clients for CodeClinic in an effort to usurp opportunities from Apex.AI.

61. On the Laptop is a presentation by CodeClinic to the company ▮ ("▮Meeting_2023_Products.pptx") which discusses "joint prospects" ▮ and ▮, "joint" in this context referring to the partnership between CodeClinic and Parasoft. Apex.AI has been in conversations with ▮ since 2020 and is currently engaging with ▮ about a potential production deal with a large OEM as a third party. Apex.AI has entered into NDAs with ▮ and ▮ on May 15, 2021, which was renewed on 1/1/23. Apex.AI started engaging with ▮ as of early March 2021 and an NDA was executed in April 2023. Pages six and seven of the presentation reflect that Defendant Langmead accessed Apex.AI's version of Jama (a requirements management tool) and trade secret safety certification artifacts for Apex.AI software Apex.OS. This demonstrates that the project that was the subject of the presentation used Apex.AI's proprietary information that Defendant Langmead only had access to as part of his consulting work for Apex.AI. Based on the content of the presentation, Defendant Langmead was proposing to sell to ▮, on behalf of CodeClinic, the project he was working on for Apex.AI, which he developed using Apex.AI's proprietary knowhow and process regarding software safety certification and safety certification artifacts. Page 23 indicates that Lattix, in partnership with Parasoft, intends to or has provided a bid to ▮ in the course of responding to a Request for Proposal.

62. Defendant Langmead has not made just surreptitious use of Apex.AI's proprietary

information, however. He has also brazenly exploited the proprietary information.

63. On April 14, 2023, Defendant Langmead made a presentation to me and an engineer on Apex.AI's Functional Safety team regarding the "Lattix" certification pipeline, via a shared screen.

64. For most of the presentation, Defendant Langmead shared the GitLab platform for "lpdop.com;" "lpdop" stands for "Lattix Parasoft Docs OPs."

65. Throughout the presentation, Defendant Langmead referred to Lattix/CodeClinic as "they" (only slipping once).

66. He falsely claimed that he obtained a guest account on lpdop.com for purposes of the presentation, but the shared screen showed that he was a regular user of lpdop.com (it reflected that 21 software issues had been assigned to him, that he had authored 24 merge requests, and that he had been mentioned 90 times).

67. The shared screen also reflected that the Certification Compliance Report generated by CodeClinic/Lattix has *exactly the same content* as Apex.AI's. Lattix's "pipeline" could only have generated the same Certification Report as Apex.AI's trade secret process if Defendant Langmead had used Apex.AI's process and knowhow in his creation of the "pipeline." This demonstrates that Defendant Langmead has taken Apex.AI's proprietary information, including the trade secret automated safety certification process he was paid to develop for Apex.AI, and has used it to generate software products for CodeClinic/Lattix that he is advertising to potential customers of CodeClinic.

68. Moreover, internet activity on the Laptop shows that he has recently visited a code repository for Apex.AI software within CodeClinic's GitLab platform, https://lpdop.com/customers/apex/iceoryx-asil-analysis. This refers to the certification of part of the Apex.Ida product that Defendant Langmead was directly involved in between May 2022 and February 2023. While iceoryx code is open source, the certification work Apex.AI has performed with regarding to iceoryx is strictly confidential and proprietary. This shows, at a minimum, that Defendant Langmead has moved Apex.AI proprietary information outside of Apex.AI's infrastructure without authorization and was performing

safety certification work on Apex.AI source code outside the secure Apex.AI environment.

69. Alarmingly, recent internet activity on Defendant Langmead's laptop reflects that he has searched for information regarding how to switch between multiple laptops efficiently, and regarding restrictions on travel to China, indicating that he intends to take further steps to conceal his use of Apex.AI's proprietary information and that he may intend to abscond to China with the proprietary information.

70. In order not to alert Defendants that Apex.AI is aware of their wrongdoing and thereby risk additional irreparable harm to Apex.AI through the further use and disclosure of its trade secrets, Apex.AI has not terminated Defendants Langmead and Verifa's consultancy with Apex.AI, and they therefore still have the Laptop and the ability to access virtually all of Apex.AI's software, source code and other intellectual property.

71. It is my understanding that Defendant Langmead resides in Bath, England, but he informed me on May 4, 2023 that he would be traveling in the United States and should be returning to the United Kingdom after May 8, 2023.

72. According to Apex.AI's records, and its investigation, Defendant Langmead uses the following email addresses: nlangmead@verifa.io, nlangmead@code-clinic.com, Neil.langmead@lattix.com, and Neil.Langmead-external@▇▇▇▇. Apex.AI regularly communicates with Defendant Langmead at his nlangmead@verifa.io address.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed on May 08, 2023 at Palo Alto, California.

*DocuSigned by:*
Dejan Pangercic
B7CCDD544FD9410...