Melinda M. Morton (Bar No. 209373)
E-mail: mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail: jacob.Poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3000 El Camino Real
Suite 5-400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorney for Plaintiff
APEX.AI, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APEX.AI, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VERIFA, INC., AN MASSACHUSETTS CORPORATION; NEIL RICHARD LANGMEAD, AS AN INDIVIDUAL, AND DOES 1-100,<br><br>    Defendant. | Case No. 5:23-cv-02230<br><br>**DECLARATION OF DMYTRO TUTYNIN IN SUPPORT OF PLAINTIFF APEX.AI'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>**FILED UNDER SEAL** |

I, Dmytro Tutynin, declare as follows:

1. I am the Head of Information Technology for Apex.AI, Inc. ("Apex.AI"), a position I have held for one and a half years. I have fourteen years of experience in the information technology field holding various IT roles in industries including tech startups, pharmaceutical and consulting firms working on IT systems, networks and user infrastructure design and support, IT environments architecture planning and implementation, as well as working with various aspects of enterprise IT security including information security policies creation and rollout.

2. I have personal knowledge of the facts contained in this declaration, except where otherwise noted, and if called before this court, I could and would competently testify thereto. I submit this declaration in support of Plaintiff's Application for Temporary Restraining

1  Order and Order to Show Cause.

3. At Apex.AI's direction, as a part of the internal investigation which started on or around April 3, 2023, I captured lists of files and directories present on Defendant Neil Richard Langmead's Apex.AI-issued laptop using the officially commissioned mobile device management (MDM) and EDR (endpoint detection and response) tools installed on Apex.AI-issued laptops and provided the files and directory lists to the Dejan Pangercic, CTO and Rabea Woerthwein-Mack, Head of Legal Operations for review.

4. Based on the directory and files lists I provided, the CTO and Head of Legal Operations determined which files and directories were of interest for further review, and I was requested to retrieve copies of specific files and directories from Defendant Neil Richard Langmead's Apex.AI-issued laptop which then were provided to the CTO and Head of Legal Operations for review.

5. In addition to files and directories, I was instructed to collect web-browsing history from the Mozilla Firefox browser installed on Defendant Neil Richard Langmead's Apex.AI-issued laptop. The browsing history was extracted from the browser profile database file and was provided to the CTO and Head of Legal Operations for further review in a form of a spreadsheet containing URLs, titles and timestamps for the web pages visited. A true and correct copy of excerpts of this spreadsheet is attached hereto as **Exhibit A**.

6. Among the files I was requested to download from Defendant Langmead's Apex.AI-issued laptop were the following files:

   a. An Excel spreadsheet named "KW_4_Consultant_Neil Langmead-External.xlsx", a true and correct copy of which is attached hereto as **Exhibit B**;

   b. PDF documents named "▮▮▮▮▮ Pipeline Documentation.pdf" and "▮▮▮▮▮ Pipeline Documentation-1.pdf", true and correct copies of which are attached hereto as **Exhibits C** and **D**;

   c. A PowerPoint presentation named "▮▮▮▮▮_2023_Products.pptx", a true and correct copy of which is attached hereto as **Exhibit E**;

   d. A PDF document named "CodeClinic_Invoice_230210-3_▮▮▮▮.pdf", a true and

2
DECLARATION OF DMYTRO TUTYNIN

    correct copy of which is attached hereto as **Exhibit F**.

7. It is my opinion, as an information technology professional, that Defendant Langmead, as long as his Apex.AI-issued laptop is still in his possession, has the technical ability to erase the files and activity history on his Apex.AI-issued laptop in such a way that it would be difficult to determine what files he deleted or to reconstruct his activity on the laptop.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on May  8   , 2023 at Palo Alto, California.

DocuSigned by:

*Dmytro Tutynin*

963C835B44F7479...