Case 5:23-cv-02230-BLF   Document 5-19   Filed 05/08/23   Page 1 of 1

# EXHIBIT "F"
# FILED UNDER SEAL