Apex.AI, Inc. v. Langmead, et al.
Case No. 5:23-cv-02230-BLF

# ATTACHMENT TO SUMMONS - NAMED DEFENDANTS

1. Neil Richard Langmead
   67 Combe Park, Bath
   Bath and North East Somerset, United Kingdom

2. Verifa, Inc.
   352 Park St., Suite 104
   North Reading, MA 01864

3. CodeClinic LLC dba Lattix
   352 Park St., #203W
   North Reading, MA 01864