Melinda M. Morton (Bar No. 209373)
E-mail: mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail: jacob.Poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3000 El Camino Real
Suite 5-400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorney for Plaintiff
APEX.AI, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APEX.AI, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20,<br><br>  Defendants. | Case No. 5:23-cv-02230-BLF<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 B Street, Suite 2200, San Diego, California 92101.

**On May 11, 2023, Fua Akeli served the following documents (see attached Certificate of Service):**

1. Apex.AI, Inc.'s Complaint;

2. Exhibits A-D to Complaint;

3. Civil Cover Sheet;

4. Proposed Summons;

5. Corporate Disclosure Statement;

6. Administrative Motion to File Portions of its Memorandum in Support of its *Ex Parte* Application for a Temporary Restraining Order and Declarations in Support Thereof Under Seal;

7. Declaration of Dejan Pangercic in Support of Administrative Motion to File Portions Under Seal;

8. Proposed Order Granting Administrative Motion to File Portions Under Seal;

9. Apex *Ex Parte* Application for TRO and OSC;

10. [Redacted] Declaration of Dejan Pangercic in Support of Application for TRO and OSC;

11. Exhibits A-E in Support of Declaration of Dejan Pangercic in Support of Application for TRO and OSC;

12. [Redacted] Declaration of Dmytro Tutynin in Support of *Ex Parte* Application for TRO and OSC;

13. [Redacted] Exhibits A-F in Support of Declaration of Dmytro Tutynin in Support of *Ex Parte* Application for TRO and OSC;

14. [Redacted] Memorandum of Points and Authorities in Support of *Ex Parte* Application for TRO and OSC;

15. Declaration of Melinda Morton in Support of *Ex Parte* Application for TRO and OSC and Exhibit A;

16. [Redacted] Exhibits A-F in Support of Declaration of Dmytro Tutynin in Support of *Ex Parte* Application for TRO and OSC;

17. Proposed Order Granting Application for TRO and OSC;

18. Apex Consent or Declination to Magistrate Judge Jurisdiction;

19. Clerk's Notice of Impending Reassignment to a U.S. District Judge;

20. Order Reassigning Case to Judge;

21. Notice of Eligibility for Video Recording;

22. Initial Case Management Scheduling Order and ADR Deadlines.

**On May 12, 2023, Jacob K. Poorman served the following documents (see attached Email from Jacob K. Poorman to Thomas G. Pasternak):**

1. Summons in a Civil Action

2. Order Reassigning Case

3. Standing Order Re Civil Cases Judge Beth Labsen Freeman

4. Notice of Eligibility for Video Recording

5. Contents of Joint Case Management Statement

6. Standing Order Re Civil Jury Trials Judge Beth Labsen Freeman

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided.

Thomas G. Pasternak                                  *Counsel for Defendants*
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel:  312.634.5700
Email:  thomas.pasternak@akerman.com

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2023, at **San Diego**, California.

/s/ *R. Marina Collins*
R. Marina Collins

**Collins, Marina**

| | |
|---|---|
| **From:** | thomas.pasternak@akerman.com |
| **Sent:** | Thursday, May 11, 2023 1:39 PM |
| **To:** | Poorman, Jacob K. |
| **Cc:** | Morton, Mindy; Akeli, Tautalafua M. |
| **Subject:** | Re: Apex.AI v Langmead -- TRO |

### * EXTERNAL EMAIL - Please use Caution. *

Yes.

Sent from  Akerman

On May 11, 2023, at 14:47, Poorman, Jacob K. <Jacob.Poorman@procopio.com> wrote:

**[External to Akerman]**

Tom,

Per our call today, can you confirm that you will accept service on behalf of Defendants Neil Langmead, Verifa, Inc. and CodeClinic, LLC?

Thanks,
Jake

**JACOB K. POORMAN**
SENIOR COUNSEL
PROCOPIO

P. 619.525.3811 | F. 619.788.5511 | jacob.poorman@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
**procopio.com**

vCard | Profile | Blog

**akerman**

700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this

**From:** Poorman, Jacob K.
**Sent:** Thursday, May 11, 2023 9:41 AM
**To:** 'thomas.pasternak@akerman.com' <thomas.pasternak@akerman.com>
**Cc:** Morton, Mindy <mindy.morton@procopio.com>; Akeli, Tautalafua M. <fua.akeli@procopio.com>
**Subject:** Apex.AI v Langmead -- TRO

Tom,

I assume you have seen the Court's order granting the TRO, which is attached to this email.  Will you accept service on behalf of Defendants?


Thanks,
Jake

**JACOB K. POORMAN**
SENIOR COUNSEL
—
P. 619.525.3811 | F. 619.788.5511 | jacob.poorman@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
**procopio.com**


<image001.jpg>


Thu May 11 2023 12:47:23

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.

| | |
|---|---|
| 1 | Melinda M. Morton (Bar No. 209373) |
| | E-mail: mindy.morton@procopio.com |
| 2 | Jacob K. Poorman (Bar No. 262261) |
| | E-mail: jacob.Poorman@procopio.com |
| 3 | PROCOPIO, CORY, HARGREAVES & |
| |      SAVITCH LLP |
| 4 | 3000 El Camino Real |
| | Suite 5-400 |
| 5 | Palo Alto, CA 94306 |
| | Telephone: 650.645.9000 |
| 6 | Facsimile: 619.235.0398 |
| 7 | Attorney for Plaintiff |
| | APEX.AI, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| APEX.AI, INC., | Case No. 5:23-cv-02230-BLF |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 B Street, Suite 2200, San Diego, California 92101.  On **May 11, 2023**, I served the within documents:

1. Apex.AI, Inc.'s Complaint;

2. Exhibits A-D to Complaint;

3. Civil Cover Sheet;

4. Proposed Summons;

5. Corporate Disclosure Statement;

6. Administrative Motion to File Portions of its Memorandum in Support of its *Ex Parte* Application for a Temporary Restraining Order and Declarations in Support Thereof Under Seal;

7. Declaration of Dejan Pangercic in Support of Administrative Motion to File Portions Under Seal;

8. Proposed Order Granting Administrative Motion to File Portions Under Seal;

9. Apex *Ex Parte* Application for TRO and OSC;

10. [Redacted] Declaration of Dejan Pangercic in Support of Application for TRO and OSC;

11. Exhibits A-E in Support of Declaration of Dejan Pangercic in Support of Application for TRO and OSC;

12. [Redacted] Declaration of Dmytro Tutynin in Support of *Ex Parte* Application for TRO and OSC;

13. [Redacted] Exhibits A-F in Support of Declaration of Dmytro Tutynin in Support of *Ex Parte* Application for TRO and OSC;

14. [Redacted] Memorandum of Points and Authorities in Support of *Ex Parte* Application for TRO and OSC;

15. Declaration of Melinda Morton in Support of *Ex Parte* Application for TRO and OSC and Exhibit A;

16. [Redacted] Exhibits A-F in Support of Declaration of Dmytro Tutynin in Support of *Ex Parte* Application for TRO and OSC;

17. Proposed Order Granting Application for TRO and OSC;

18. Apex Consent or Declination to Magistrate Judge Jurisdiction;

19. Clerk's Notice of Impending Reassignment to a U.S. District Judge;

20. Order Reassigning Case to Judge;

21. Notice of Eligibility for Video Recording;

22. Initial Case Management Scheduling Order and ADR Deadlines.

☒ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided.

Thomas G. Pasternak
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel:  312.634.5700
Email:  thomas.pasternak@akerman.com

Counsel for Defendants

☒ *(Federal)*  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 11, 2023, at **San Diego**, California.

/s/ *Fua Akeli*

3
CERTIFICATE OF SERVICE

**Collins, Marina**

___

| | |
|---|---|
| **From:** | Poorman, Jacob K. |
| **Sent:** | Friday, May 12, 2023 3:51 PM |
| **To:** | 'thomas.pasternak@akerman.com'; Morton, Mindy |
| **Cc:** | Collins, Marina; Akeli, Tautalafua M. |
| **Subject:** | RE: Terms |
| **Attachments:** | ApexAI v Langmead -- Standing_Order_All_Judges_1.17.23.pdf; ApexAI v Langmead -- BLF-Standing-Order-Re-Civil-Jury-Trials.pdf; ApexAI v Langmead -- BLF_Standing_Order_re_Civil_Cases_2-18-2021.pdf; ApexAI v Langmead -- Order reassigning case -- Notice of Eligibility for Video Recording.pdf; ApexAI v Langmead -- Order reassigning case.pdf; ApexAI v Langmead -- Summons.pdf |

Tom,

We are reviewing your proposal and will get back to you with a more fulsome response, but in the meantime:

1) Attached are documents related to Apex.AI v Langmead, et al., including the Summons;
2) Will you agree to abide by the terms of the PTO so we can send you unredacted versions of our filing?
3) Can you send us your proposed language for the stipulated protective order?

Thanks,
Jake

**JACOB K. POORMAN**
SENIOR COUNSEL
PROCOPIO

P. 619.525.3811 | F. 619.788.5511 | jacob.poorman@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
procopio.com

___

**From:** thomas.pasternak@akerman.com <thomas.pasternak@akerman.com>
**Sent:** Friday, May 12, 2023 12:53 PM
**To:** Morton, Mindy <mindy.morton@procopio.com>; Poorman, Jacob K. <Jacob.Poorman@procopio.com>
**Subject:** Terms

**\* EXTERNAL EMAIL - Please use Caution. \***

Dear Mindy:

Following up on our conversation yesterday, Defendants agree to the following:

1

1.  To convert the TRO order into a stipulated preliminary injunction, with the language of the stipulated preliminary injunction to be agreed upon.  This would do away with the need for a hearing and briefing.

2.  To provide Neil for a deposition on an expedited basis.

3.  To show the code that is in lpdop.com in a screen sharing session and walk you through it.

4.  To return Neil's laptop as soon as possible.

5.  To explore mediation to resolve the case.

Towards the goal of settling the case Defendants also wanted to make clear:

1.  They have no intention of harming Apex AI, of setting up a competitor, using its IP in any way, or of moving to China.  Their focus is Lattix license sales, not safe software compliance pipelines.

2.  They want to seek a positive relationship once this case is resolved, and are open to a collaboration on ideas discussed previously.

Thank you very much and best regards, Thomas Pasternak

**Thomas G. Pasternak**
Akerman LLP | 71 South Wacker Drive, 47th Floor | Chicago, IL 60606
D: 312 870 8019 | C: 708 209 8749
thomas.pasternak@akerman.com

vCard |  Profile |   Blog



700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or

2