**AKERMAN LLP**
Caroline H. Mankey (State Bar No. 187302)
*caroline.mankey@akerman.com*
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Thomas Pasternak (*Pro Hac Vice Pending*)
*thomas.pasternak@akerman.com*
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: (310) 634-5700
Facsimile: (312) 424-1900

Attorneys for Defendants NEIL RICHARD LANGMEAD, VERIFA, INC. and CODECLINIC, LLC DBA LATTIX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APEX.AI, INC., | CASE NO. 5:23-cv-02230-BLF |
| Plaintiff, | The Honorable Beth Labson Freeman |
| v. | |
| NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20, | **VERIFA, INC. AND CODECLINIC, LLC'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Complaint Filed: May 8, 2023 |
| Defendants. | |

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Verifa, Inc. and
3  Code Clinic LLC state that no parent corporation or any publicly held corporate owns
4  10% or more of their stock.

7  DATED:  May 23, 2023      **AKERMAN LLP**

8      By: */s/ Thomas Pasternak*
9          Thomas Pasternak
        Attorney for Defendants
10         NEIL RICHARD LANGMEAD, VERIFA,
        INC. and CODECLINIC, LLC DBA
11         LATTIX

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, a true and correct copy of the foregoing document, **VERIFA, INC. AND CODECLINIC, LLC'S RULE 7.1 DISCLOSURE STATEMENT** was served on all counsel of record via the Court's CM/ECF email notification system.

*/s/ Thomas G. Pasternak*

Thomas G. Pasternak

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3
CASE NO. 5:23-cv-02230-BLF
**VERIFA, INC. AND CODECLINIC, LLC'S RULE 7.1 DISCLOSURE STATEMENT**