**AKERMAN LLP**
Caroline H. Mankey (State Bar No. 187302)
*caroline.mankey@akerman.com*
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Thomas Pasternak (*Pro Hac Vice Pending*)
*thomas.pasternak@akerman.com*
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: (310) 634-5700
Facsimile: (312) 424-1900

Attorneys for Defendants NEIL RICHARD LANGMEAD, VERIFA, INC. and CODECLINIC, LLC DBA LATTIX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APEX.AI, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20, <br><br> Defendants. | CASE NO. 5:23-cv-02230-BLF <br><br> The Honorable Beth Labson Freeman <br><br> **NOTICE OF APPEARANCE OF CAROLINE H. MANKEY FOR DEFENDANTS NEIL RICHARD LANGMEAD, VERIFA, INC. AND CODECLINIC, LLC DBA LATTIX** <br><br> Complaint Filed: May 8, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Caroline H. Mankey of Akerman LLP hereby enters her appearance in this action on behalf of Defendants NEIL RICHARD LANGMEAD, VERIFA, INC. and CODECLINIC, LLC DBA LATTIX. Copies of all further notices, pleadings and all papers should be electronically served upon the undersigned, as follows:

> Caroline H. Mankey
> AKERMAN LLP
> 601 West Fifth Street, Suite 300
> Los Angeles, CA 90071
> Telephone: (213) 688-9500
> Email: caroline.mankey@akerman.com

DATED: June 2, 2023                    **AKERMAN LLP**

By: */s/ Caroline H. Mankey*
Caroline H. Mankey
Attorney for Defendants
NEIL RICHARD LANGMEAD, VERIFA, INC. and CODECLINIC, LLC DBA LATTIX