**AKERMAN LLP**
Caroline H. Mankey (State Bar No. 187302)
*caroline.mankey@akerman.com*
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Thomas Pasternak (*Pro Hac Vice*)
*thomas.pasternak@akerman.com*
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: (310) 634-5700
Facsimile: (312) 424-1900

Attorneys for Defendants NEIL RICHARD LANGMEAD, VERIFA, INC. and CODECLINIC, LLC DBA LATTIX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APEX.AI, INC., | CASE NO. 5:23-cv-02230-BLF |
| Plaintiff, | The Honorable Beth Labson Freeman |
| v. | |
| NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20, | **DEFENDANTS NEIL RICHARD LANGMEAD, VERIFA, INC. AND CODECLINIC, LLC'S CIVIL L.R. 3-15 CERTIFICATION** |
| Defendants. | |

Pursuant to Civil L. R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: June 2, 2023          **AKERMAN LLP**

By: */s/ Caroline H. Mankey*
      Caroline H. Mankey

      Thomas Pasternak (*Pro Hac Vice*)
      71 South Wacker Drive, 46th FL
      Chicago, IL 60606

      Attorney for Defendants
      NEIL RICHARD LANGMEAD, VERIFA, INC. and CODECLINIC, LLC DBA LATTIX