**APPROVED**
*[signature]*
Judge Beth Labson Freeman

**AKERMAN LLP**
Caroline H. Mankey (State Bar No. 187302)
caroline.mankey@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Thomas G. Pasternak *(Pro Hac Vice Pending)*
thomas.pasternak@akerman.com
71 South Wacker Drive, 47th FL.
Chicago, IL 60606
Telephone : (312) 634-5700
Facsimile: (312) 424-1900

Attorney for Defendants NEIL RICHARD LANGMEAD,
VERIFA, INC. and CODECLINIC, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APEX.AI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC, DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20, <br><br> Defendants. | CASE NO: 5:23-cv-02230-BLF <br><br> The Honorable Beth Labson Freeman <br><br> **STIPULATED EXTENSION OF TIME** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to local Rule 7.1, by and between the parties, through their undersigned counsel of record and subject to the Court's approval, that the time for the Defendants to file their Answer in response to Plaintiff's Complaint, currently scheduled to be submitted to the Court on June 2, 2023, be extended up to

and including June 5, 2023.  An extension is requested to allow Defendants' counsel additional time to consider and respond to the Complaint.

Dated this 2nd day of June 2023.

| | |
|---|---|
| /s/ Melinda M. Morton | /s/ Caroline H. Mankey* |
| Melinda M. Morton | Caroline H. Mankey |
| Jacob K. Poorman | Akerman LLP |
| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | 601 West Fifth Street, Suite 300 |
| 3000 El Camino Real | Los Angeles, CA 90071 |
| Suite 5-400 | Telephone:  (213) 688-9500 |
| Palo Alto, CA 94306 | Facsimile: (213) 627-6342 |
| Telephone:  650-646-9000 | caroline.mankey@akerman.com |
| Facsimile: 619-235-0398 | |
| mindy.morton@procopio.com | Thomas A. Pasternak (*Pro Hac Vice*) |
| Jacob.Poorman@procopio.com | Akerman LLP |
| | 71 South Wacker Drive |
| Attorneys for Plaintiff, | 46th FL |
| APEX.AI, Inc. | Chicago, IL 60606 |
| | Telephone:  (312) 634-5700 |
| | thomas.pasternak@akerman.com |
| | |
| | Attorneys for Defendants, |
| | Neil Richard Langmead, |
| | Verifa, Inc. and CodeClinic, LLP |
| | d/b/a Lattix |

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), Caroline H. Mankey hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.