**AKERMAN LLP**
CAROLINE H. MANKEY
caroline.mankey@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone:  (213) 688-9500
Facsimile: (213) 627-6342

Thomas G. Pasternak (*Pro Hac Vice*)
thomas.pasternak@akerman.com
71 South Wacker Drive
46th FL.
Chicago, IL 60606
Telephone:  (312) 634-5700
Facsimile:  (312) 424-1900

Attorneys for Defendants NEIL RICHARD LANGMEAD
VERIFA, INC. and CODECLINIC, LLC dba LATTIX

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APEX.AI, INC. | Case No. 5:23-cv-2230-BLF |
| Plaintiff, | |
| v. | The Honorable Beth Labson Freeman |
| NEIL RICHARD LANGMEAD, AN INDIVIDUAL; VERIFA, INC., A MASSACHUSETTS CORPORATION; CODECLINIC, LLC DBA LATTIX, A MASSACHUSETTS LIMITED LIABILITY COMPANY; AND DOES 1-20, | **DEFENDANTS' ANSWER TO COMPLAINT** |
| Defendants. | |

**DEFENDANTS' ANSWER TO COMPLAINT**

70773585;1

*AKERMAN LLP*
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1      Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendants, Neil Richard

2  Langmead, Verifa, Inc. ("Verifa"), CodeClinic LLC dba Lattix ("CodeClinic") (collectively,

3  "Defendants") respectively submit the following Answer and Affirmative Defenses to Plaintiff's

4  Complaint.

5                          **NATURE OF THE ACTION**

6      1.     Defendants admit that Plaintiff Apex.AI, Inc. ("Apex.AI") develops software tools for

7  mobility systems. Defendants admit that Apex.AI entered into a consulting agreement with Defendants

8  Langmead and Verifa in 2019.  Defendants are without sufficient information to admit or deny what

9  Apex.AI has recently discovered and therefore deny this allegation.  Defendants admit that Apex.AI

10  has brought this action as stated but otherwise deny the final allegation.

11                             **THE PARTIES**

12      2.     Admitted.

13      3.     Admitted.

14      4.     Admitted.

15      5.     Admitted.

16      6.     Denied.

17      7.     In that those allegations call for legal conclusions Defendants deny it.

18                  **JURISDICTION AND VENUE**

19      8.     Admitted.

20      9.     Admitted.

21                  **INTRADISTRICT ASSIGNMENT**

22      10.    Admitted.

23                  **GENERAL ALLEGATIONS**

24      11.    Defendants admit that Apex.AI is headquartered in Palo Alto and develops software

25  for mobility systems.  Otherwise, denied.

26      12.    Admitted.

27      13.    Defendants are without sufficient information to admit or deny this allegation and

28

AKERMAN LLP
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

therefore deny it.

14.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

15.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

16.     Admitted.

17.     Admitted.

18.     Admitted.

19.     Admitted.

20.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

21.     In that these allegations call for legal conclusions Defendants deny them.

22.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

23.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

24.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

25.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

26.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

27.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

28.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

29.     Defendants are without sufficient information to admit or deny this allegation and

AKERMAN LLP
601 WEST FIFTH  STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

therefore deny it.

30.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

31.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

32.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

33.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

34.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it..

35.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

36.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

37.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

38.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

39.    Admitted.

40.    Defendants admit that Apex.AI tasked Langmead to work with its functional safety team, and that its develops tests to confirm that Apex.AI's software is safe. Defendants are without sufficient information to admit or deny the remaining allegations and therefore deny them.

41.    Admitted.

42.    Admitted.

43.    Defendants admit that Langmead and Verifa acknowledged as stated.   Otherwise, denied.

AKERMAN LLP
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

CASE NO. 5:23-cv-2230-BLF

**DEFENDANTS' ANSWER TO COMPLAINT**

70773585;1

44.     Admitted.

45.     Admitted.

46.     Admitted.

47.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

48.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

49.     Defendants are without sufficient information to admit or deny this allegation, otherwise admitted.

50.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

51.     Admitted.

52.     Admitted.

53.     Admitted.

54.     Admitted.

55.     Admitted.

56.     Admitted.

57.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

58.     Defendants lack sufficient information to admit or deny what Apex.AI discovered and therefore deny this allegation.  Defendants further lack sufficient information to admit or deny who Apex.AI started engaging with Tier I Supplier A or who Apex.AI entered into an NDA with another top tier automated OEM and therefore deny those allegations.  Otherwise admitted.

59.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

60.     Admitted.

61.     Defendants are without sufficient information to admit or deny this allegation and

therefore deny it.

62.    Denied.

63.    Denied.

64.    Admitted.

65.    Denied.

66.    Denied.

67.    Admitted.

68.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

69.    Denied.

70.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

71.    Defendants admit that Langmead has recently searched the internet as stated, otherwise, denied.

## FIRST CAUSE OF ACTION

## (TRADE SECRET MISAPPROPRIATION IN VIOLATION OF THE DEFEND TRADE SECRETS ACT, 18 U.S.C. § 1836)

## (AGAINST ALL DEFENDANTS)

72.    Defendants hereby repeat their responses to the preceding paragraphs.

73.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

74.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

75.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

76.    Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

AKERMAN LLP

601 WEST FIFTH  STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP
601 WEST FIFTH  STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

77.     Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Defendants admit what Apex.AI is seeking.  Otherwise, denied.

82.     Denied.

## SECOND CAUSE OF ACTION

### (BREACH OF CONTRACT)

### (AGAINST DEFENDANTS VERIFA AND LANGMEAD)

83.     Defendants hereby repeat their responses to the preceding paragraphs.

84.     Admitted.

85.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

86.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

87.     Denied.

88.     Denied.

89.     Defendants admit what Apex.AI is seeking, otherwise, denied.

## THIRD CAUSE OF ACTION

### (FRAUD BY CONCEALMENT)

90.     Defendants hereby repeat their responses to the preceding paragraphs.

91.     Denied.

92.     Denied.

93.     Defendants are without sufficient information to admit or deny this allegation and therefore deny it.

94.     Denied.

95.     Defendants are without sufficient information to admit or deny this allegation and

**DEFENDANTS' ANSWER TO COMPLAINT**
70773585;1

therefore deny it.

96.    Denied.

97.    Denied.

98.    Denied.

### FOURTH CAUSE OF ACTION

### (UNFAIR COMPETITION/UNFAIR BUSINESS PRACTICES IN VIOLATION OF

### CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200, ET. SEQ.)

### (AGAINST ALL DEFENDANTS)

99.    Defendants hereby repeat their responses to the preceding paragraphs.

100.    This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in Paragraph 100 can be considered factual assertions, Defendants deny all such allegations.

101.    Denied.

102.    Denied.

103.    Denied.

### PRAYER FOR RELIEF

The Prayer for Relief contains no allegations and therefore no response is required.  In any case Plaintiff is entitled to no damages whatsoever, whether it be monetary damages, attorneys' fees, or costs.

### AFFIRMATIVE DEFENSES

For its affirmative defenses and other defenses, Defendants allege as follows:

1.    Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

2.    Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

3.    Some or all of Plaintiff's claims are barred because Plaintiff has failed to exhaust statutory and/or contractual remedies for some or all of the allegations stated in the Complaint.

AKERMAN LLP
601 WEST FIFTH  STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

4.      Plaintiff's claims are barred or limited, in whole or in part, by Plaintiff's failure to mitigate its damages.

Dated this 5th day of June 2023.

/s/ Caroline H. Mankey
Caroline H. Mankey
Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone:  (213) 688-9500
Facsimile:  (213) 627-6342

Thomas G. Pasternak (*Pro Hac Vice*)
Akerman LLP
71 South Wacker Drive, 46th FL.
Chicago, IL 60606
Telephone:  (312) 634-5700
Facsimile:  (312) 424-1900
thomas.pasternak@akerman.com

Attorneys for Defendants,
Neil Richard Langmead,
Verifa, Inc. and CodeClinic, LLC
d/b/a Lattix

AKERMAN LLP
601 WEST FIFTH  STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANTS' ANSWER TO COMPLAINT**
70773585;1