UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Apex.AI, Inc.,

    Plaintiff,

v.

Neil Richard Langmead, et al.,

    Defendants

Case No. 23-cv-02230-BLF

**NOTICE OF APPOINTMENT OF MEDIATOR**

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Benjamin Riley
> Bartko, Zankel, Bunzel & Miller
> One Embarcadero Center, Suite 800
> San Francisco, CA 94111
> (415) 291-4507

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
23-cv-02230-BLF

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 26, 2023

          MARK B. BUSBY
          Clerk of Court
          by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov